**Exhibit 2**

**Initial Budget**

RLF1 33590598v.2

**Claire's Stores, Inc.**
**North America - Illustrative Ames/Simon 363 Transaction DIP Financing Need**

| | | Filing | | Postpetition Period | | | | | Pre-Closing | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | ($ in millions) | Week 1 8-Aug | Week 2 15-Aug | Week 3 22-Aug | Week 4 29-Aug | Week 5 5-Sep | Week 6 12-Sep | Week 7 19-Sep | Week 8 26-Sep | (8/8-9/26) |
| 1 | **Cash receipts** | $16 | $16 | $14 | $12 | $12 | $11 | $9 | $9 | $100 |
| 2 | Merch, freight and duty (incl. transfers to RSI) | (1) | -- | (8) | (3) | (3) | (0) | (0) | (0) | (16) |
| 3 | Vendor prepayments | -- | -- | (3) | (3) | (3) | (4) | (2) | (2) | (15) |
| 4 | Occupancy | (2) | -- | (1) | (9) | (0) | (1) | (0) | (1) | (13) |
| 5 | Payroll | (3) | (0) | (8) | (0) | (8) | (0) | (7) | (0) | (27) |
| 6 | Other opex | (4) | (1) | (5) | (2) | (1) | (1) | (3) | (2) | (21) |
| 6 | **Operating disbursements** | ($9) | ($1) | ($25) | ($17) | ($15) | ($7) | ($12) | ($5) | ($91) |
| 7 | **Operating cash flow** | $7 | $14 | ($11) | ($5) | ($2) | $4 | ($3) | $4 | $9 |
| 8 | Debt service | -- | -- | -- | -- | (1) | -- | -- | (0) | (1) |
| 9 | Restructuring Fees | (5) | -- | (6) | (1) | (1) | (1) | (1) | -- | (17) |
| 10 | Utility Deposit | -- | -- | (0) | -- | -- | -- | -- | 0 | -- |
| 11 | **Non-operating items** | ($5) | $-- | ($7) | ($1) | ($2) | ($1) | ($1) | $0 | ($18) |
| 12 | **Net cash flow** | $2 | $14 | ($18) | ($6) | ($4) | $3 | ($4) | $4 | ($9) |
| 13 | (+) Buyers' merchandise deposits | -- | -- | 11 | 6 | 6 | 0 | -- | -- | 23 |
| 14 | **Adjusted net cash flow** | $2 | $14 | ($7) | ($0) | $1 | $3 | ($4) | $4 | $13 |
| 15 | **Liquidity Rollforward:** | | | | | | | | | |
| 16 | Cash balance, beginning | $25 | $27 | $31 | $14 | $14 | $15 | $18 | $14 | $25 |
| 17 | +/- ABL draw (paydown) | -- | (10) | (10) | -- | -- | -- | -- | -- | (20) |
| 18 | +/- Adjusted net cash flow | 2 | 14 | (7) | (0) | 1 | 3 | (4) | 4 | 13 |
| 19 | **Cash balance, ending** | $27 | $31 | $14 | $14 | $15 | $18 | $18 | $18 | $18 |
| 20 | (+) US Availability after covenant | 5 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 21 | (-) US Qualified Cash | (15) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 22 | **Total liquidity** | $17 | $31 | $14 | $14 | $15 | $18 | $14 | $18 | $18 |
| 23 | (-) Preclosing risks contingency¹ | n/a | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) |
| 24 | **Liquidity surplus (deficit)** | $17 | $21 | $4 | $4 | $5 | $8 | $4 | $8 | $8 |
| 25 | **US ABL Availability:** | | | | | | | | | |
| 25 | US Inventory & AR Availability | $59 | $55 | $51 | $51 | $50 | $49 | $40 | $37 | $37 |
| 26 | (+) US Qualified Cash | 15 | 15 | 4 | 1 | -- | 4 | 0 | -- | -- |
| 27 | **US Borrowing Base** | $74 | $70 | $55 | $52 | $50 | $53 | $40 | $37 | $37 |
| 28 | (-) US ABL Balance | (64) | (54) | (44) | (44) | (44) | (44) | (44) | (44) | (44) |
| 29 | (-) LCs Outstanding | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) |
| 30 | **US Availability** | $5 | $11 | $6 | $3 | $1 | $4 | ($10) | ($12) | ($12) |
| 31 | **US ABL Rollforward:** | | | | | | | | | |
| 31 | Beginning ABL | $64 | $64 | $54 | $44 | $44 | $44 | $44 | $44 | $64 |
| 32 | +/- Paydown (draw) | -- | (10) | (10) | -- | -- | -- | -- | -- | (20) |
| 33 | **Ending ABL** | $64 | $54 | $44 | $44 | $44 | $44 | $44 | $44 | $44 |
| 34 | (+) Outstanding LCs | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 35 | **Total ABL exposure** | $69 | $59 | $49 | $49 | $49 | $49 | $49 | $49 | $49 |