**Exhibit B**

**Declaration of William Kosturos**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF WILLIAM KOSTUROS**
**IN SUPPORT OF APPLICATION OF THE DEBTORS TO**
**RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC AS**
**FINANCIAL ADVISORS TO DEBTORS AND DEBTORS IN POSSESSION**
**PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE**

I, William Kosturos, hereby make this Declaration pursuant to 28 U.S.C. § 1746, and state:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC, together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, collectively, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.  I submit this declaration on behalf of A&M (this "Declaration") in support of the *Application of the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* (the "Application") on the terms and conditions set forth in the Application and the engagement

---

1    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

letter between Debtors and A&M attached to the Application as <u>Exhibit A</u> (the "<u>Engagement Letter</u>").  Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

### Disinterestedness and Eligibility

2.      A&M together with its professional service provider affiliates (the "<u>Firm</u>") utilize certain procedures ("<u>Firm Procedures</u>") to determine the Firm's relationships, if any, to parties that may have a connection to a client debtor.  In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors, and the Firm's relationship with such parties:

      (a)      A&M requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "<u>Potential Parties in Interest</u>").[3]  The list of Potential Parties in Interest which A&M reviewed is attached hereto as **Schedule A**.  The Potential Parties in Interest reviewed include, among others, the Debtors, prepetition lenders, officers, directors, the thirty largest unsecured creditors of the Debtors (on a consolidated basis), significant customers and vendors, parties holding significant ownership interests in the Debtors, significant counterparties to material agreements, and significant litigation claimants.

      (b)      A&M then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's current and recent clients (the "<u>Client Database</u>").  The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection with the matter in which the Firm is or was representing such client, the name of each party that has, or had, a substantial role with regard to the subject matter of the Firm's retention, and the names of the Firm professionals who are, or were, primarily responsible for matters for such clients.

---

2    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

3    The list of Potential Parties in Interest is expected to be updated during these cases.  A&M continues to review the relationships its professionals may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest.  A&M will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to A&M's retention or otherwise requires such disclosure.

(c) An email was issued to all Firm professionals requesting disclosure of information regarding:  (a) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties in Interest or the Debtors, on the other hand;[4] (b) any known connections or representation by the respondent and/or the Firm of any of the Potential Parties in Interest in matters relating to the Debtors; and (c) any other conflict or reason why A&M may be unable to represent the Debtors.

(d) Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration.  These connections are listed in **Schedule B** attached hereto.

3. As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, A&M:

(a) is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services),[5] an equity security holder of the Debtors, or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b) is not, and has not been, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(c) does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

4. As can be expected with respect to any international professional services firm such as A&M, the Firm provides services to many clients with interests in the Debtors' chapter 11 cases. To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Debtors' chapter 11 cases.

---

4   In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any A&M professional or member of his/her immediate family:  (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates.

5   *See* ¶ 11 below.

5.      In addition to the relationships disclosed on **Schedule B**, I note that:

(a)      Alvarez & Marsal Inc. ("<u>A&M Inc.</u>"), an entity controlled by Bryan Marsal and Antonio Alvarez II, is the majority owner of Alvarez & Marsal Holdings, LLC ("<u>A&M Holdings</u>"). A&M Holdings is the sole owner of A&M. Messer's Marsal and Alvarez comprise the Board of Managers of A&M Holdings and two of the Board of Managers of A&M. Messr.'s Marsal and Alvarez, together with A&M Inc., indirectly control a significant interest in the general partner of A&M Capital which consists of various funds (the "<u>A&M Capital Funds</u>"). Also, certain A&M employees have invested in limited partnership interests in the A&M Capital Funds and, indirectly, their general partners and, from time to time, A&M and/or its professional service provider affiliates provide services to the A&M Capital Funds. The investments of the A&M Capital Funds are private equity investments in companies (all of whom are unrelated to the Debtors and these chapter 11 cases).

(b)      As set forth on **Schedule B**, Kirkland & Ellis LLP ("<u>K&E</u>") currently represents A&M and/or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. In addition to K&E's representations of certain A&M affiliates (including A&M Inc., A&M Capital and the A&M Capital Funds), certain partners or other persons or entities associated with K&E ("<u>K&E Persons</u>") have invested in the A&M Capital Funds. Each K&E Person that has invested in the A&M Capital Funds holds less than one percent of the A&M Capital Funds. K&E also retains Alvarez & Marsal Corporate Performance Improvement, LLC, an affiliate of A&M, from time to time for administrative services unrelated to the Debtors or these chapter 11 cases. Certain former K&E attorneys are currently employed by A&M.

(c)      Neuberger Berman L.L.C. and/or certain of its affiliated funds or fund management entities are Potential Parties in Interest. Certain funds of funds managed by Neuberger Berman L.L.C. or its affiliates ("<u>NB</u>") have invested in a minority limited partnership interest in the A&M Capital Funds and have co-invested in a certain investment with the A&M Capital Funds.

(d)      JPMorgan Chase Bank, N.A., together with certain of its affiliates (collectively, "<u>JPMC</u>"), Wells Fargo Bank, N.A., together with certain of its affiliates (collectively, "<u>Wells Fargo</u>"), and TD Bank, N.A., together with certain of its affiliates (collectively, "<u>TD Bank</u>") are Potential Parties in Interest. Under a credit facility (the "<u>Credit Facility</u>") to A&M's parent company A&M Holdings: Wells Fargo is administrative agent, swingline lender and issuing lender, and JPMC is a lender and the syndication agent; Wells Fargo and JPMC are joint lead arrangers and joint book runners; and TD Bank is a participating lender and documentation agent. In addition to Wells Fargo's receipt of interest in its capacity as a lender under the Credit Facility, Wells Fargo, JPMC, and TD Bank receive certain customary and

negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facility.

(e)     A&M's affiliate, Alvarez & Marsal Private Equity Performance Improvement, LLC was engaged by the Debtors to provide a supply assessment and improvement plan. That engagement was completed in July 2017.

(f)     A&M's affiliate, Alvarez & Marsal Tax, LLC, was engaged by Claire's Stores, Inc. to provide certain tax advisory services. Those services were completed in August 2021.

(g)     In addition, as set forth in the Application, A&M's Canadian affiliate will continue to act as the financial advisor to Claire's Stores Canada Corp., a non-Debtor affiliate and the sole Canadian operating subsidiary of Claire's Stores, Inc.

(h)     Various Debtor entities are listed as parties in interest in A&M's former restructuring matters: DLF Logistics, Ascena Retail Group, and Toys R Us.

(i)     Holly Dice, who currently serves as an Auditor for Region 3, is a former A&M employee.

(j)     From time to time, A&M professionals and employees personally directly acquire a debt or equity security of a company which may be or become one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. A&M has long had a policy prohibiting its personnel from knowingly transacting in any security while in possession of material, non-public information about the issuing company, including such information learned in connection with their work at A&M. A&M therefore does not believe that any such investments present a conflict of interest.

(k)     Certain Potential Parties in Interest have provided, and in some cases continue to provide, services to A&M in the normal course of business. I do not believe that any such connections would compromise A&M's ability to effectively represent the Debtors.

6.      A&M and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, A&M appears in numerous cases, proceedings, and transactions involving many different law firms, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Further, A&M has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved

5

in these chapter 11 cases.  In addition, A&M has been in the past, and likely will be in the future,

engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or in

opposition to other professionals involved in these chapter 11 cases.  Professionals retained in

these chapter 11 cases might have referred work to A&M or vice versa.  To the best of my

knowledge, information, and belief, insofar as I have been able to ascertain after reasonable

inquiry, none of these business relationships constitute interests adverse to the Debtors' estates.

7.      To the best of my knowledge, no employee of the Firm is a relative of, or has been

connected with the United States Trustee (the "U.S. Trustee") in this district or its employees.

8.      Accordingly, to the best of my knowledge, A&M is a "disinterested person" as that

term is defined in section 101(14) of the Bankruptcy Code, in that A&M:  (a) is not a creditor,

equity security holder, or insider of the Debtors; (b) was not, within two years before the date of

filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(c) does not have an interest materially adverse to the interests of the Debtors' estates or any class

of creditors or equity security holders.

9.      If any new material relevant facts or relationships are discovered or arise, A&M

will promptly file a supplemental declaration.

**<u>Compensation</u>**

10.      Subject to approval from the United States Bankruptcy Court for the District of

Delaware (the "Court") and in accordance with the applicable provisions of title 11 of the United

States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), applicable U.S. Trustee guidelines, and the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), A&M will seek from the Debtors payment for compensation on an

hourly basis and reimbursement of actual and necessary expenses incurred by A&M.  A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

11.     To the best of my knowledge, (a) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules and (b) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with these chapter 11 cases.

12.     By reason of the foregoing, I believe A&M is eligible for employment and retention by the Debtors pursuant to sections 327(a) (as modified by section 1107(b)), 328, 330, and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated:  August 29, 2025                    Respectfully submitted,


*/s/ William Kosturos*
William Kosturos
Managing Director
Alvarez & Marsal North America, LLC

## Schedule A

**List of Potential Parties in Interest**

<u>Schedule A</u>

**List of Potential Parties in Interest**

<u>**363 SALE PARTIES**</u>
AMES WATSON
HILCO (HMR)
[Confidential]

<u>**BANKRUPTCY JUDGES**</u>
JUDGE BRENDAN L. SHANNON
JUDGE CRAIG T. GOLDBLATT
JUDGE J. KATE STICKLES
JUDGE JOHN T. DORSEY
JUDGE KAREN B. OWENS
JUDGE LAURIE SELBER SILVERSTEIN
JUDGE MARY F. WALRATH
JUDGE THOMAS M. HORAN

<u>**BANKRUPTCY PROFESSIONALS**</u>
HOULIHAN LOKEY
INTERPATH
KIRKLAND & ELLIS
OMNI
PROSEK

<u>**BANKS/LENDERS/ADMINISTRATIVE
AGENTS**</u>
1ST BANK
1ST SUMMIT BANK
AMERICAN BANK
AMERICAN BANK OF MT
AMERICAN NATIONAL BANK
AMERIS BANK
ANKURA TRUST COMPANY, LLC
ARVEST BANK
AST JPMORGAN GLOBAL THEMATIC
BANCFIRST
BANCO POPULAR OF PUERTO RICO
BANCORPSOUTH
BANGOR SAVING
BANK CHAMPAIGN
BANK FINANCIAL
BANK OF HAWAII
BANK OF OKLAHOMA
BANK OF THE WEST
BANKNORTH
BK OF AMER NA-NY
BMO HARRIS BANK
BOFA
BORDER BANK

BREMER BANK
CAMDEN NATIONAL BANK
CAPE COD FIVE CENTS BANK
CENTRAL BANK BOONE COUNTY
CHASE LINCOLN
CHASE LINCOLN HOST BANK
CITIBANK, N.A.
CITIZENS BANK
CITIZENS NATIONAL BANK
CITY NATIONAL BANK
COAST CENTRAL
COMMERCE BANK
COMMINGLED PENS TR FD (CORE PL
COMMINGLED PENS TR FD (CORPORA
COMMUNITY BANK
COMMUNITY NATIONAL BANK & TRUST
CORE FIRST BANK & TRUST
CORNERSTONE BANK
COUNTY BANK
CPTF HIGH YIELD
DESERT COMMUNITY BANK
DUBUQUE BANK & TRUST
EASTERN BANK
ELLIOTT INTL LP
EMC-DN ICAV F&N BHF OF DN FD I
EVOLVE BANK & TRUST
EXB EXCHANGE BANK
F & M BANK
FARMERS STATE BANK
FIFTH THIRD BANK
FIRST AMERICAN BK
FIRST BANK KANSAS
FIRST BANKERS TRUST CO
FIRST CITIZENS BANK & TRUST CO
FIRST COMMUNITY BANK
FIRST FARMERS BANK & TRUST
FIRST FINANCIAL BANK
FIRST HAWAIIAN BANK
FIRST HORIZON BANK
FIRST INTERSTATE BANK
FIRST MID BANK & TRUST
FIRST NATIONAL BANK
FIRST NATIONAL BANK OF OTTAWA
FIRST UNITED BANK
FIRST WESTERN BANK & TRUST
FLAGSTAR BANK
FRANKLIN SAVINGS BANK

GERMAN AMERICAN BANK
GIM SPECIALIST INV FDS - GIM M
GIM TR 2 - SR SECURED LOAN FD
GOLDMAN SACHS
GREAT SOUTHERN BANK
HANCOCK BANK
HAWTHORN BANK
HICKORY POINT BANK
HUNTINGTON NATIONAL BANK
IAIN-AIVRINFD(INVAINF)-IVIGSIF
INTERNATIONAL BANK OF COMMERCE
INVESCO
INVSCO-INVSC GBL STRTGC INC FD
INWOOD NATIONAL BANK
ISABELLA BANK & TRUST
J.P. MORGAN INV MGT INC. - IBM
J.P. MORGAN INV MGT INC. - U.S
JMP CHASE RETIREMENT PLAN
JPM
JPM - ADV SRS TR AST HY PORT
JPM - SEI INST MAN TR HY BOND
JPM CORE PLUS BD FUND
JPM FLOATING RATE INCOME FD
JPM GLB BD OPPS FD
JPM IM LTD-SEI INSTITUTIONAL I
JPM INCOME BUILDER FD
JPM LVIP JP MORGAN HIGH YIELD
JPM TOTAL RETURN FD
JPMORGAN GLOBAL STRATEGI BO FD
JPMORGAN HIGH YIELD FUND
JPMORGAN INCOME FD
JPMORGAN STRATEGIC INCOME OPPO
JPMORGAN UNCONSTRAINED DEBT FU
KEY BANK
KIRKWOOD BANK & TRUST
LAKE REGION BANK
LEA COUNTY STATE BANK
M & T BANK
MACLP-MONARCHCAMAPAV-ALP
MAM LP - EMPIRE SCURD CR FDG I
MARATHON
MOALCALP-MOCAMASPAVILP
MONARCH
MONARCH CAPITAL MASTER PARTNERS
V-A LP
MONARCH CAPITAL MASTER PARTNERS
VI LP
MONARCH DEBT RECOVERY MASTER
FUND LTD
MONARCH DEBT RECOVERY MASTER.
MORGAN STANLEY SR FD INC
MS

NATWEST OFFSHORE GIBRALTAR LTD
NB - NEUBERGER BERMAN SPECIAL
NBC
NBT BANK
NEUBERGER
NORTHWAY BANK
OAKTREE
OAKTREE PRINCIPAL FD V (DELAWA
OAKTREE PRINCIPAL V CONTINUATI
OCM LP -OAKTREE PRINCIPAL FUND
PARK NATIONAL BANK
PEOPLES BANK
PLAINS CAPITAL BANK
PNC BANK
PREMIER BANK
PREMIER BANK OF MINNESOTA
RECAMALLC-REENINCO
REDWCAPMGTLLC-REDWDRMAFDIIILP
REDWOOD
REDWOOD DRAWDOWN MASTER FUND
III, LP
REDWOOD DRAWDOWN MF II LP
REDWOOD ENHANCED INCOME CORP.
REDWOOD MASTER FUND, LTD.
REDWOOD OPPORTUNITY MASTER FUND
LTD.
REDWOOD OPPORTUNITY MST FD LTD
REGIONS BANK
RIO GRANDE BANK
S&T BANK
SIMMONS BANK
SOUTH STATE BANK
STAR FINANCIAL BANK
STATE BANK
SYNOVUS BANK
TD BANK
TEXAS BANK AND TRUST
TH PU IN FOR SOC SEC
TITAN BANK
TRI COUNTIES BANK
TRUIST
TRUSTCO BANK
UMB BANK
UMPQUA BANK
UNITED BANK
UNITED COMMUNITY BANK
VALLEY NATIONAL BANK
VECTRA BANK
VR
VR GLOBAL PTNRS LP
WAZEE
WAZEE ST CAP - WAZEE ST OPPRS

WAZEE STREET CAPITAL MGMT - WA
WELLS FARGO
WESBANCO
WISELY
WOODFOREST
WRENTHAM BANK

**CONTRACT COUNTER-PARTIES**
3 BUSINESS
ABG ACCESSORIES
ACADEMY FIRE LIFE SAFETY, LLC
ACCESSORY INNOV.(SHANGHA
ACCESSORY INNOVATIONS LLC
ACTION SERVICES GROUP
ACTOSOFT / SCOPEVISIO RETAIL
ADOBE CLOUD
ADP GLOBALVIEW B.V. ("ADP") & ADP
INTERNATIONAL SERVICES B.V
ADP, INC
ADSWERVE, INC
AIR LABS, INC.
ALIQUANTUM INTERNATIONAL
ALSHAYA TRADING CO. W.L.L.
ALT FRAGRANCES
ALUMATEC PACIFIC PRODUCTS
AMA DESIGN INTL(HONG KON
ANHUI TUMOON APPAREL CO LTD
AON - AON RISK SERVICES NORTHEAST,
INC.
AON RISK SERVICES NORTHEAST, INC.
(GREENWICH INSURANCE COMPANY)
APHMAU
ASPIRE SYSTEMS DIGITAL
TRANSFORMATION INC.
ATLASSIAN
ATTENTIVE
AURA ACCESS(HAIPHONG)
AURA ACCESSORIES LLC
AURORA WORLD UK LTD
AVALARA, INC.
AVID FLOOR MAINTENANCE, INC.
AXA PPP HEALTHCARE LTD
AZURE (MICROSOFT)
B & B COLLECTION SRL
BAKER & MCKENZIE LLP
BAKER TILLY GLOBAL TAX SOLUTIONS
BASIC FUN INC
BASIC FUN, INC(SHANGHAI)
BELFOR USA GROUP, INC.
BENDON, INC
BEVERLY HILLS(QINGDAO)
BIOWORLD INTERNATIONAL LIMITED

BIOWORLD INTL (SHANGHAI)
BIOWORLD MERCH (NINGBO)
BIP CANDY AND TOY UK LTD
BLACKHAWK
BLUE CROSS AND BLUE SHIELD OF
ILLINOIS - HEALTH CARE SVCS.
CORPORATION
BLUE SKY DE(NINGBO)
BLUE SKY DESIGNS LIMITED FOB
BLUEPRINT COLL(NINGBO)
BLUEPRINT HK CO LTD
BODYTECC JEWELRY FACTORY LTD CO
BOOMERANG
BRANDSIGHT, INC.
BROADSTONE
BUPA DENTAL
BUREAU VERITAS
BUSINESS OF FASHION
CANADALIFE
CANON
CARLSON FIXTURES
CATICORN INTERNATIONAL CO LTD
CATICORN INTL(HAIPHONG)
CBTS TECHNOLOGY SOLUTIONS LLC
("CBTS")
CCA INDUSTRIES
CCA INDUSTRIES, INC.
CENTRIC BEAUTY(HAIPHONG)
CENTRIC SOCKS(SHANGHAI)
CENTURYLINK COMMUNICATIONS, LLC
D/B/A LUMEN TECHNOLOGIES
CHARACTER OPTIONS LIMITED
CHICAGO CONSUMABLES
CLICK DISTRIBUTION
CLINICAL HEALTH TECH
CLOUDFLARE
CMA INDUSTRIAL DEVELOPMENT
FOUNDATION LIMITED
COMDATA
COMPSYCH
CONFIANCE BUSINESS SOLUTIONS
LIMITED
CONFIDENCE BY GABBY GOOD
CONNOISSEURS PRODUCTS
CONTEMPO
CONVEYOR CRAFT INC.
COQUETERIAS EL SALVADOR
COQUETERIAS SOCIEDAD ANONIMA
CORNERSTONE ONDEMAND INC
CRADLEPOINT THROUGH CDW LLC
CUDDLE BARN(SHANGHAI)
CUT FROM THE WILD

CYBERARK THROUGH OPTIV
DAN DEE INTL(SHANGHAI)
DATA ACS
DEALTRACKING
DEEM/TOWER TRAVEL
DELTA DENTAL OF ILLINOIS
DESCARTES
DHL
DIFUZED B.V. FOB
DIFUZED NA INC(NINGBO)
DISGUISE LIMITED (LAND)
DNC UK LTD.
DONGGUAN SUPERSTAR BODY PIERCING
JEWELRY FACTORY
DPD  EUOPE/UK
DRAGON EYES
E & Q FASHION(HAIPHONG)
E.L.F.CO.LTD (BANGKOK)
EA LOGISTICS
ECCOLO LTD
ECCOLO LTD(NINGBO)
EES GLOBAL, LLC (D/B/A INTE Q)
ELEGANT LOGISTIC GROUP INSURANCE
ELLA COSMETICS
ENTERPRISE RENT A CAR UK LTD
ENVASADO XIO(VALENCIA)
ENVASADO XIOMARA SLU
EVERSHINE CRE(HONG KONG)
EXALTA MARCAS, S.A.P.I. DE C.V.
EXLOGISTICS
EXPEDITORS
EXPEDITORS  UK
EXPEDITORS  US
EXPERIAN MARKETING SOLUTIONS LLC
FANTAS-EYES INC
FANTAS-EYES(SHANGHAI)
FASHION ANGELS
FASHION ANGELS(NINGBO)
FAST FORWARD(SHENZHEN)
FAZIT/ LB ENTERPRICE LLC
FEDERAL EXPRESS CORPORATION
FEDEX
FIFTH THIRD PROCESSING SOLUTIONS,
LLC
FINE ART&CRAFT (QINGDAO)
FINELINE
FIO INT'L
FLOORMAX USA
FORTINET THROUGH OPTIV
FRASIER STERLING(QINGDAO
FROID EXPRESS HOLDING S.A.R.L.
FRONTSTREET FS

FU WAH MFY(HONG KONG)
FUJIFILM BUSINESS INNOVATION HONG
KONG LIMITED
FUNKO UK LTD
GEMC2, LLC/BLINGER
GEMC2,LLC(SHENZHEN)
GETTY IMAGES
GLOBAL PAYMENTS
GLOBAL TOP SERVICES (HK) LTD.
GLOPOTION
GMA SHANGHAI(SGH)
GRANITE
GSPANN TECHNOLOGIES INC
H Y M INTERNATIONAL CO LTD
H.E.R. ACCESSORIES
HALF MOON BAY LTD (FOB)
HALLY HAIR INC.
HAMEE US, CORP.(SHENZHEN
HANGZHOU KATA CO.LTD
HEALTH EQUITY
HEATHSIDE TRADING LTD
HELEN ANDREWS
HERITAGE CANDY COMPANY
HGC GLOBAL COMMUNICATIONS
LIMITED
HIGH INTENCITY FOB
HIGH POINT DESIGN
HIP SING CHINA IND LTD
HKBN ENTERPRISE SOLUTIONS HK
LIMITED
HKBN ENTERPRISE SOLUTIONS LTD.
HOME & NATURE
HONGHUA LEATHER CO LTD
HOP LIK CONTAINER SERVICE LTD
HORIZON GRP(NINGBO)
HTI TOYS UK LTD
IDEA GROUP INTL(HONG KON
IMAGINE 8 LTD
IMPORTADORA SPARAPKS, S.A.P.I. DE C.V.
INCOMM
INCREDIBLE NOV(SHENZHEN)
INDEED
INKED BY DANI
INNOVATIVE COS(SHENZHEN)
INNOVATIVE COSMETIC CONCEPTS
INNOVATIVE COSMETICS (KAO)
INSPIRED THINKING GROUP (ITG)
LIMITED / INSPIRED THINKING GROUP
(US) INC
INTALYTICS/KALIBRATE
INTERTEK TESTING SERVICES HONG
KONG LIMITED

INVERNESS CORPORATION
J&D BRUSH CO., LLC
J.M. SILBER LTD.(BANGKOK
JAS LOGISTICS
JAY FRANCO EUR(SHANGHAI)
JAY FRANCO EUROPE LIMITED
JAZ TOYS UK LTD
JENNZ LLC(NINGBO)
JIANGXI MEICAN INDUSTRY AND TRADE CO LTD
JIANGXI MEICAN(NINGBO)
JM INTERNATIONAL CO LTD
JOHNSON CONTROLS INC.
JUNO CRAFT CO LTD
JUST PLAY(HK)SHENZHEN
KAISER:
KANGARU BRANDS(NINGBO)
KIRKER EUROPE LTD
KL ELECTRIC CO.
KLARNA
KOJAC FASHION(QINGDAO)
LAKONTRA INTL(HONG KONG)
LAVENDAR SUGAR
LBS GROUP
LEGACY FACILITY MAINTENANCE SOLUTIONS
LENNOX NATIONAL ACCOUNT SERVICES LLC
LEVY REALTY ADVISORS
LICENSE 2 PLAY TOYS LLC
LINDEDIN
LIQUID GLASS BODY JEWELRY  LLC
LIQUID GLASS(QINGDAO)
LOCALOC INC
LOCALOC, INC(SHENZHEN)
LOFTY INNOVATION CO LTD
LONG YAT HANDBAG FTY LTD.
LUCENT PRODUCT INC
LUCKY TREE CO.(HONG KONG
MADIAG S.A.R.L.
MAINTENANCE VENDORS
MALLIARIS S.A.
MANAGEENGINE
MANULIFE (INTERNATIONAL) LIMITED
MARKWINS BEAUTY BRANDS
MARSH (HONG KONG) LTD
MARUYU
MARY FASHION ACCESSORIES CO. LTD (TAIWAN)
MASTER TOYS & NOVELTIES
MASTERCARD INTERNATIONAL INCORPORATED.

MEAN GIRLS
MEASA
MERCER
MERCHANDISE VENDORS - SERVICE AND PRODUCT
MERMADE HAIR
METLIFE
MGA ENTERTAINMENT UK LTD
MICROSOFT EA
MIKE ALBERT LEASING
MINSTER
MINSTER COMPUTER SYSTEMS LIMITED
MIRO
MISIRLI UK LIMITED
MONTAGNE JEUNESSE
MOOD MEDIA CORPORATION
MOOSE TOYS LLC (SHENZHEN
MOOSE TOYS UK LTD
MORNING CHARM LTD(SHENZH
MOVEABLE INC.
MRI REAL ESTATE SOFTWARE / AMT / ASSET MANAGEMENT TECHNOLOGIES
MY SALES
MY SALES LLC
NATALIA MRTG (NINGBO)
NEW CLICKS SOUTH AFRICA PROPRIETARY LIMITED
NEW FORUM ENTERPRISES LTD
NEWMARK
NINGBO YEKEA HOME ARTICLES CO LTD
NOVELTY EXPRESS S.A.
NPN360
NPW GROUP(SHENZHEN)
OGILVIE
OLR
ONE FOR FUN(NINGBO)
OOLY LLC
OPERADORA SPARAPKS, S.A.P.I. DE C.V.
OPTIV SECURITY INC - TRELLIX
ORACLE FINANCIALS
ORACLE RETAIL (XSTORE,ORCE)
ORIGINAL ADDITIONS (BP) LTD
ORKIN
OT TECHNOLOGY INC.
OVATIVE
PACIFIC PIERCING SUPPLY INC
PAN OCEANIC(SHANGHAI)
PANTONE CONNECT
PANTONE SWATCHES AND PANTONE BOOKS
PARIS HILTON
PAYPAL, INC. / BILL ME LATER, INC.

PHOENIX MANUFACTURING CO LTD
PMS INTERNATIONAL GROUP PLC
POPSOCKETS(SHENZHEN)
PRENAX (WWD)
PRETTY WOMAN (NEW YORK)
PRETTY WOMAN(GZH)
PRIME MODE CO LTD(KEELUN
PROLOGIS UK XXIV S.A.R.L.
PROSHIP
PROTOS SECURITY
PTL
QINGDAO COLLECT JEWELRY CO LTD
QINGDAO HGC BODY JEWELRY CO LTD
QINGDAO IMPERIAL ART CO
QINGDAO JINYUXIANGHE JEWELRY CO
LTD
QINGDAO JY FASHION
QINGDAO OASIS IMPORT AND EXPORT CO
LTD
QINGDAO S&J JEWELRY CO LTD
QINGDAO SH&C FASHION JEWELLERY CO
LTD
QINGDAO SHINSUNG ARTS CRAFTS CO
LTD
QINGDAO WORLD MONEY
QINGDAO XUJUNHUI JEWELRY CO LTD
QINGDAO YM JEWELRIES CO LTD
RADIUM CREATION LIMITED
RARE BEAUTY BRANDS INC
RAYTIK
REAL PACKAGING
REFLECTIZ INC
RIGHT CHOICE EXP.(DELHI)
RIOSOFT
RISKIFIED, INC.
RMS
RMS INTERNATIONAL (USA) INC.
RMS INTL(NINGBO)
ROY LOWE & SONS LTD
RUBIES ENTERPRISES LTD
RUBIES MASQUERADE CO UK LTD
SALESFORCE, INC.
SALSIFY, INC.
SAVVI-TMI
SCHYLLING INC.
SDWORX
SEBANG CHAIN CO.(QINGDAO
SEBANG CHAIN VINA(HAIPHO
SERVICE CHANNEL
SGS HONG KONG LIMITED
SHALOM INT'L (NINGBO)
SHANGHAI EAST(PHNOM PENH

SHANGHAI STYLE (SHANGHAI
SHC DIRECT LLC (DBA INTE Q )
SHINE ARTS CRAFTS CO LTD
SHINY GOODS INC
SHOPPERTRAK (SENSORMATIC
SOLUTIONS BY JOHNSON CONTROLS)
SILVER BUFFALO(NGB)
SIMBA SMOBY TOYS UK LTD
SISCO IND(HAIPHONG)
SKINNY DIP LANDED
SMARTSHEET INC
SMILE GEMS
SMILEGEMS LTD.(LONDON)
SNDZ ENTER(HONG KONG)
SODEXA S.A.R.L.
SOS MAINTENANCE
SPIN MASTER TOYS FAR EAST LTD.
SPIN MASTER TOYS(HAIPHON
SPIN MASTER, INC
SPRINGDALE ACOUSTICS
SPRINGDALE ACOUSTICS INC
SPROUT SOCIAL, INC
SPS COMMERCE
STARLIGHT ACC.(SHANGHAI)
STICKERBEANS(NINGBO)
STIRRUP UNLIMITED, LLC
STOR S.L.
STREET PLAYERS
STUDEX
STUDEX UK LTD
SUGAR LUV - ROSIERE LLC
SUNNY FASHION(QINGDAO)
SUNSHINE & GLITTER
SVS (GIFTCARDS)
TAIR JIUH(FUZHOU)
TAMANTAR CO.(HAIPHONG)
TEMP COOLER LLC
THE ORB FACTORY LIMITED
THEME
THREE CHAMPIONS (SHENZEN
TONG YI ACCESS.(HONG KON
TRADEWIN
TRAVELUX LTD
TREE HUT
TRIANGLE SIGN AND SERVICE, LLC
TRIPLE-S
TRUECOMMERCE (COVENTRY) LIMITED
TRUESOURCE FKA SMI
TUNG HING PLASTIC(SHENZH
TWO BOYS DESIGNS INC
TWO BOYS DESIGNS(NINGBO)
U&I FASHION (HAIPHONG)

UCC DISTRIBUTING INC.
UL VERIFICATION SERVICES INC.
URBAN REFORM REALTY
US BANK (US)
USPA ACCESS(SHENZHEN)
USPA ACCESSORIES/CONCEPT ONE
V&E ACCESSORIES(HONG
VERIFONE
VIACOM (SMURFS)
VIFF LIMITED(SHANGHAI)
VOGUE DIGITAL
VSP
WAITWHILE
WALMART (SEE LANDLORD ANALYSIS IN
4TH TAB)
WALTON SIGNAGE
WATSONS WATER
WEBFAB
WEBFAB, LLC.
WENZHOU EYESTAR(NINGBO)
WENZHOU PLEASURE(SHENZHE
WGSN
WIDE HARVEST INVESTMENT LIMITED
WILLIAM LAMB GROUP LTD
WIND DESIGNS LTD
WORKDAY
WORKJAM
WORLD OF SWEETS
WORLDLINE
YIWU KINGTAI(NINGBO)
YIWU VOLCANO ART(SGH)
YOTTAA, INC
YUMARK ENTER.(BANGKOK)
YUMARK IND(PHNOM PENH)
YUMARK INDUST.(NINGBO)
ZINIO ONLINE MAGAZINE
ZURU LLC(SHENZHEN)
ZURU UK LIMITED

**DEBTOR**
BMS DISTRIBUTING CORP
CBI DISTRIBUTING CORP
CLAIRE'S (GIBRALTAR) HOLDINGS
LIMITED
CLAIRE'S BOUTIQUES, INC.
CLAIRE'S CANADA CORP.
CLAIRE'S HOLDINGS LLC
CLAIRE'S INTELLECTUAL LLC
CLAIRE'S PUERTO RICO CORP.
CLAIRE'S STORES, INC.
CLAIRE'S SWISS HOLDINGS II LLC
CLAIRE'S SWISS HOLDINGS LLC

CLSIP HOLDINGS LLC
CLSIP LLC
CSI CANADA LLC

**DIRECTOR/OFFICER**
ALISHA CHADHA
AMY SANDERS
ANDREW HERENSTEIN
ARTHUR RUBINFELD
BRENDAN MCKEOUGH
BRYAN ST CLAIR
CARMEN BAUZA
CHRIS CRAMER
DAVID BOEN
DAVID WELLS
DEANN BRUNTS
ELIZABETH KETEL
GEORGE ARENSCHIELD
HRISTO BANKOV
JERALD ESTIME
MARYANN PORTER
MEGHAN HURLEY
MICHAEL DARER
MICHELE REILLY
PAUL BEST
PAUL GILLIAM
PETER DIERS
PHILLIP CLARK
PRIYA BHATNAGAR
RICHARD FLINT
ROHIT DEEP
ROHIT KAPOOR
SAMANTHA ALGAZE
SAMANTHA LOMOW
SHIREESH ANNAM
STUART BROWN
SUZANNE STODDARD
THEO KILLION
TINA PERONI

**INSURANCE & SURETY BONDS**
AFCO CREDIT CORPORATION
AFFILIATED FM INSURANCE COMPANY
AGCS MARINE INSURANCE COMPANY
ALLIANZ ENGINEERING INSPECTION
SERVICES, LTD.
ALLIANZ INSURANCE PLC
AON UNDERWRITING MANAGERS
ASCOT INSURANCE COMPANY
AXIS INSURANCE COMPANY
BEAZLEY INSURANCE COMPANY, INC.
BEAZLEY SYNDICATE 2623/623

BERKLEY INSURANCE COMPANY
CONTINENTAL CASUALTY COMPANY
(CNA)
ENDURANCE AMERICAN INSURANCE
COMPANY
FEDERAL INSURANCE COMPANY
FM INSURANCE COMPANY LTD.
FM INSURANCE EUROPE S.A.,
LUXEMBOURG, BERN BRANCH
FREEDOM SPECIALTY INSURANCE
COMPANY
ILLINOIS NATIONAL INSURANCE
COMPANY
LIBERTY MUTUAL
LLOYD'S OF LONDON
MAPFRE PRAICO INSURANCE COMPANY
NAVIGATORS INSURANCE COMPANY
STARR INDEMNITY & LIABILITY
COMPANY
THE CONTINENTAL INSURANCE
COMPANY (CNA)
THE OHIO CASUALTY INSURANCE
COMPANY
U.S. SPECIALTY INSURANCE COMPANY
VIENNA INSURANCE GROUP
ZURICH INSURANCE COMPANY
ZURICH INSURANCE PLC

## KNOWN AFFILIATES - JV
BMS FASHION CORP.
CLAIRE'S (GIBRALTAR) INTERMEDIATE
HOLDINGS LIMITED
CLAIRE'S ACCESSORIES SPAIN S.L.U.
CLAIRE'S ACCESSORIES UK LTD
CLAIRE'S ACCESSORIES UK LTD, FRENCH
BRANCH
CLAIRE'S ACCESSORIES UK LTD, IRISH
BRANCH
CLAIRE'S AUSTRIA GMBH
CLAIRE'S BELGIUM BV
CLAIRE'S CHINA SERVICES (TRUST)
CLAIRE'S CZECH REPUBLIC S.R.O
CLAIRE'S EUROPEAN DISTRIBUTION
LIMITED
CLAIRE'S EUROPEAN SERVICES LIMITED
CLAIRE'S FRANCE SAS
CLAIRE'S GERMANY GMBH
CLAIRE'S GIBRALTAR HOLDINGS LLC
CLAIRE'S HOLDINGS S.A R.L.
CLAIRE'S HUNGARY KFT.
CLAIRE'S ITALY S.R.L. UNIPERSONALE

CLAIRE'S LUXEMBOURG HOLDINGS
S.A.R.L
CLAIRE'S LUXEMBOURG S.A.R.L.
CLAIRE'S NETHERLANDS B.V.
CLAIRE'S POLAND SP. Z O.O
CLAIRE'S STORES CANADA CORP.
CLAIRE'S SWITZERLAND GMBH
CSI LUXEMBOURG S.A.R.L
CSI LUXEMBOURG SARL, LUXEMBOURG,
ZWEIGNIEDERLASSUNG NEUHAUSEN AM
RHEINFALL (SWISS BRANCH)
RSI INTERNATIONAL LTD.
WHITECLAIRE'S ACESSORIOS PORTUGAL
UNIPESSOAL LDA

## LITIGATION
AMAYA MATTHEWS
CHRISTIAN POUT
DANIEL CUEVAS
ESMERALDA RIVIERA
I PEE HOLDINGS AKA WINDY CITY
MICHAEL VOIVOD
RACHEL PFEFFER
TRIVENTURE

## SIGNIFICANT EQUITY HOLDERS
ACCESSORY HOLDINGS LP
ELLIOT ASSOCIATES LP
ELLIOTT MANAGEMENT CORP.
ENSEMBLE INVESTMENT HOLDINGS LLC
GOLDMAN SACHS & CO LLC
MONARCH ALTERNATIVE CAPITAL LP
REDWOOD CAPITAL MANAGEMENT
RYAN VERO

## SURETY & LETTERS OF CREDIT –
## BENEFICIARIES GREENWICH INSURANCE
COMPANY
INDIAN HARBOR INSURANCE COMPANY
PRAETORIAN INSURANCE COMPANY
QBE INSURANCE CORPORATION
STONINGTON INSURANCE COMPANY
THE TRAVELERS INDEMNITY COMPANY
XL INSURANCE AMERICA, INC.
XL SPECIALTY INSURANCE COMPANY

## SURETY & LETTERS OF CREDIT –
## ISSUERS CITIBANK, N.A.
CREDIT SUISSE
GREENWICH INSURANCE COMPANY
INTACT FINANCIAL CORPORATION
JPMORGAN CHASE BANK, N.A.

ONE BEACON INSURANCE COMPANY

**TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES**
STATE OF MINNESOTA
STATE OF TEXAS

**TOP 30 CREDITORS**
ACCELLOR INC.
ACCESSORY INNOVATIONS, LLC
ALGONOMY SOFTWARE
AURORA WORLD, INC.
BPR-FF LLC
BROOKFIELD PROPERTY PARTNERS L.P.
CBRE INC
CENTRIC BEAUTY LLC
EXEGISTICS,INC
FRANCE LAB, INC.
FRONTSTREET FACILITY SOLUTIONS
GOOGLE INC
GRANT THORNTON LLP
HERITAGE CANDY COMPANY, INC.
IDEA GROUP
INSPIRED THINKING
KOJAC FASHION ACCESSORIES LTD
LENNOX INDUSTRIES, INC.
MASTERCARD INTERNATIONAL
MICROSOFT CORPORATION
MJC INTERNATIONAL GROUP
OPTIV SECURITY INC.
OVATIVE GROUP, LLC
PREMIUM OUTLET PARTNERS, LP
PREMIUM RETAIL SERVICES LLC
SIMON PROPERTY GROUP LP
STUDEX CORP.
TANGER PROPERTIES LIMITED
THE BENMOORE CONST. GROUP
THE CREME SHOP
THE MACERICH COMPANY
THE RETAIL PROPERTY TRUST
UNITED TECHNO SOLUTIONS INC.
UPS SUPPLY CHAIN SOLUTIONS INC
WAITWHILE INC.
WALMART INC
WORKDAY, INC.

**U.S. TRUSTEE OFFICE**
ANDREW VARGA
BENJAMIN HACKMAN
CHRISTINE GREEN
DION WYNN

EDITH A. SERRANO
ELIZABETH THOMAS
HANNAH M. MCCOLLUM
HAWA KONDE
HOLLY DICE
JAMES R. O'MALLEY
JANE LEAMY
JONATHAN LIPSHIE
JONATHAN NYAKU
JOSEPH CUDIA
JOSEPH MCMAHON
LAUREN ATTIX
LINDA CASEY
LINDA RICHENDERFER
MALCOLM M. BATES
MICHAEL GIRELLO
NYANQUOI JONES
RICHARD SCHEPACARTER
SHAKIMA L. DORTCH
TIMOTHY J. FOX, JR.

**UCC MEMBERS**
ACCELLOR INC.
BROOKFIELD PROPERTIES RETAIL INC.
INSPIRED THINKING
STUDEX CORP.
TANGER MANAGEMENT, LLC
YUMARK ENTERPRISES CORP.

**UCC PROFESSIONALS**
COLE SCHOTZ PC
MCDERMOTT WILL & SCHULTE LLP
PROVINCE LLC

**VENDORS**
11:11 MEDIA LLC
1401 GREENBRIER PARKWAY LLC
21245 26 AVE LLC
863 BROADWAY LLC
ACCELLOR INC.
ACCENTURE INTERNATIONAL
ACCESSORY INNOVATIONS, LLC
ACOSTA SALES & MARKETING
ADP INC.
AFCO DIRECT
ALAMANCE RETAIL, LLC
ALDERWOOD MALL HOLDING LLC
ALGONOMY SOFTWARE
ALIDA GAILLIARD
ALVAREZ & MARSAL HOLDINGS, LLC
AMA DESIGN INTERNATIONAL
AMBER FORDHAM

AMEREAM LLC
AMERICAN DIGITAL CORPORATION
AMERICAN DOOR AND DOCK
AON RISK SERVICES
ARROWHEAD TOWNE CENTER LLC
ASHLEY DENNIS
ASPIRE SYSTEMS
ASSET MANAGEMENT TECHNOLOGIES
AUDIT-TEL (UTILITIES)
AURORA WORLD INC.
AVENTURA MALL VENTURE
B. BROS BROADWAY REALTY LLC
BAKER & HOSTETLER LLP
BASIC FUN, INC.
BATTLEFIELD MALL/BATTLEFIELD
BAYBROOK MALL
BDO USA, LLP
BELLWETHER PROPERTIES OF SOUTH
BERKELEY RESEARCH GROUP, LLC
BEVERLY HILLS TEDDY BEAR CO
BH CONCEPT INC
BIG APPLE CORP.
BIOWORLD MERCHANDISING
BLUE YONDER INC
BLUEPRINT COLLECTIONS LTD
BOHANNON DEVELOPMENT COMPANY
BONKERS TOY CO. LLC
BONNIS PROPERTIES(ROBSON)INC.
BPR CUMULUS LLC
BPR-FF LLC
BRANDON (TAMPA) LP
BRE/PEARLRIDGE, LLC
BRIDGEWATER COMMONS MALLII,LLC
BRINTON SECURITY SERVICES LLC
BROADSTONE NET LEASE, LLC
BROOKFIELD PROPERTY PARTNERS L.P.
BROOKLYN KINGS PLAZA LLC
CAMERON ADVERTISING DISPLAY
CANADA BORDER SERVICE AGENCY
CANON SOLUTIONS AMERICA, INC.
CAPITOL LIGHT
CARLSON STORE FIXTURES
CBL & ASSOCIATES LP
CBL-T-C LLC
CBRE INC
CDW LLC
CENTRIC BEAUTY LLC
CHALLENGER, GRAY &
CHICAGO CONSUMABLES
CHRISTIANA ACQUISITION LLC
CITY OF BURBANK FIRE

CITY OF OSHKOSH
CITY OF WILMINGTON
CLAIRE'S STORES(401-K)
CLINICAL HEALTH TECHNOLOGIES
COLLEGIATE MDSE GRP DBA INKED
COLUMBIA MALL PARTNERSHIP
COMDATA INC.
COMDATA INC.D/B/A STORED VALUE
COMPUCOM SYSTEM INC.
CORNERSTONE ONDEMAND INC.
CORP DEL F.S.E.
CRAWFORD COUNTY TAX COLLECTOR
CROMBIE REIT
CRYSTAL RUN GALLERIA LLC
CUDDLE BARN, INC.
CULVER CITY MALL LLC
DAN HERBST
DATA SOLUTIONS LLC
DAVID O CUERDON
DAVROPM LIMITED
DELTA DENTAL-ASC
DLA PIPER LLP (US)
DMB HOLDINGS, LLC
DMV,ACCOUNT PROCESSING UNIT
DOPE SLIMES LLC
EASTON TOWN CENTER II,LLC.
EUREST DINING SERVICES
EVELYMAR ZAMBRANO
EVERSHINE CREATIONS
EXEGISTICS,INC
FASHION CENTRE MALL, LLC
FEMSPRO INCORPORADO
FORBES TAUBMAN ORLANDO LLC
FRANCE LAB, INC.
FRONTSTREET FACILITY SOLUTIONS
FU WAH MANUFACTORY LTD
GALLAGHER BASSETT SERVICES,INC
GATEWAY CENTER PHASE II
GENERAL GROWTH PROPERTIES INC.
GGP HOMART II LLC
GGP LIMITED PARTNERSHIP
GGP LP
GGP STATEN ISLAND MALL,LLC
GGP/HOMART II LLC
GGPLP LLC
GGPLP REAL ESTATE,INC.
GGP-TRS LLC
GLO DOCUMENT SOLUTION DIVISION
GLOBAL RESPONSE LLC
GMV (MALL) OWNER, LLC
GOOGLE INC
GRANT THORNTON LLP

H.E.R. ACCESSORIES LTD
H.Y.M. INTERNATIONAL CO., LTD.
HARVEST FORECAST
HERITAGE CANDY COMPANY, INC.
HGC BODY
HIGH INTENCITY CORP
HIP SING
HIREWELL INC.
HORIZON GROUP USA
HOUSTON GALLERIA/HG GALLERIA
HOUSTON GALLERIA/SA GALLERIA
HRE FUND IV LP
HULL PROPERTY GROUP, LLC
HYPERION LA
IDAHO STATE TAX COMMISSION
IDEA GROUP
INNOVATIVE COSMETICS
INSIGHT DIRECT USA, INC.
INSPIRED THINKING
INTE Q
INVERNESS
IVANHOE CAMBRIDGE II INC.
IVANHOE CAMBRIDGE INC.
J P MORGAN CHASE COMMERCIAL
J.M. SIBER LTD. PART
JACKSON LEWIS P.C.
JACMEL JEWELRY INC.
JAZWARES LLC
JENNZ LLC
JIANGXI MEICAN
JMCR SHERMAN LP
JORDAN CREEK JV LLC
JPMORGAN CHASE BANK, N.A.
JUST PLAY (HK)LTD
KBR SHAWNEE MALL CAPITAL, LLC
KETER ENVIROMENTAL SERV.,INC
KOJAC FASHION ACCESSORIES LTD
KORN FERRY US
KP IV NAVY, LLC
LA-KONTRA CORP. / MIRACLE
LENNOX INDUSTRIES,INC.
LEROY PROUDFOOT
LICENSE 2 PLAY TOYS, LLC
LIFE INSURANCE COMPANY OF
LILY HAAK
LS BC 2 LLC
MACERICH VINTAGE FAIRE LP
MACWH, LP
MADIBA INC.
MALL AT SMITH HAVEN LLC
MARY FASHION ACCESSORIES ENT. CO.,
LTD. / E&Q

MASTER TOYS & NOVELTIES, INC.
MATSON NAVIGATION COMPANY
MAYFAIR HOTEL SUPPLY
MCKINSEY & COMPANY, INC.
MEADOWOOD MALL SPE,LLC
MELISSA REED
METROPOLITAN LIFE INSURANCE
MGA ENTERTAINMENT INC.
MICROSOFT CORPORATION
MIKE ALBERT LEASING, INC.
MINNESOTA DEPT. OF REVENUE
MJC INTERNATIONAL GROUP
MOAC MALL HOLDINGS,LLC
MOOD MEDIA
MOOSE TOYS LLC
MORGUARD INVESTMENTS LIMITED
MORGUARD REAL ESTATE
MORNING CHARM LIMITED
MOURI TECH LLC
MOVABLE INK
MOVEABLE INC
NEST INTERNATIONAL, INC
NOWE MEDIA
NP DIGITAL
NPN 360 INC.
OLR AMERICA INC.
ONE FOR FUN LTD
ONTARIO MILLS LIMITED
ONTREA INC
ONTREA INC.
ONTREA, INC.
OPRY MILLS MALL LP
ORACLE AMERICA,INC.
ORLAND LP
OVATIVE GROUP, LLC
OXFORD IN TRUST FOR SQUARE ONE
PACHULSKI STANG ZIEHL AND
PACIFIC PREMIER RETAIL
PANTONE LLC
PENN SQUARE MALL LP
PENTA GROUP LLC
PERRON-ROETTINGERS
PHEASANT LANE REALTY TRUST
PHOENIX MANUFACTURING
PINTEREST, INC.
PIPSTICKS, INC.
PLAZA LAS AMERICAS, INC.
POPSOCKETS
POWERONE ELECTRICAL CONTRAC
PREIT ASSOCIATES LP
PREMIUM OUTLET PARTNERS, LP
PREMIUM OUTLETS PARTNERS,LP

PREMIUM RETAIL SERVICES LLC
PRETTY WOMAN, LLC
PRETTY WOMAN, LLC.
PRIMARIS MANAGEMENT INC.
PROSEK PARTNERS
QINGDAO CLASSIC CO. LTD.
QINGDAO COLLECT JEWELRY CO. LTD
QINGDAO RENFENG JEWELLERY
QINGDAO S&J JEWELRY CO. LTD
QINGDAO SHINSUNG ARTS CR
QINGDAO YM JEWELRIES CO
QRPG LP
QUEENS CENTER SPE LLC
RCS REAL ESTATE ADVISORS
REAMS ENTERPRISES, INC.
RIDERWOOD USA
RIGHT CHOICE EXPORTS
RITHUM, LLC
ROSEVILLE SHOPPINGTOWN LLC
ROUSE PROPERTIES, LP
RR DONNELLEY & SONS COMPANY
RSI INTERNATIONAL LTD
S.G. SUMMIT LLC
S.O.S MAINTENANCE INC
SAFETECH ENTERPRISES CORP
SALESFORCE.COM.INC.
SCARBOROUGH TOWN CENTRE
SDG DADELAND ASSOC., INC.
SE BANG QINGDAO GLOBAL CRAFT /
WISH TREE
SEBASTIAN COUNTY TAX COLLECTOR
SECURITAS TECHNOLOGY
SERVICECHANNEL.COM INC
SHADOW PUBLIC RELATIONS, INC.
SHALOM INTERNATIONAL
SHASTA REALTY LLC
SHOPPERTRAK RCT LLC
SHOPPING CENTER ASSOCIATES
SIMON PROPERTY GROUP (TX) LP
SIMON PROPERTY GROUP (TX),LP
SIMON PROPERTY GROUP (TX)LP
SIMON PROPERTY GROUP,LP
SIMPSON THACHER & BARTLETT LLP
SKINNYDIP LIMITED
SOMERSET COLLECTION LP
SOUTHLAND HOLDING I, LLC
SOUTHPARK MALL REALTY
SPECIALTY STORE SERVICES
SPENCER STUART
SPIN MASTER FAR EAST
SQUIRE PATTON BOGGS (US) LLP
SREG WHITE MARSH MALL LLC

ST JUDES CHILDREN'S RESEARCH
ST. JOHN'S TOWN CENTER/
STAPLES INC.
STEIN SAKS PLLC
STICKERBEANS
STONEBRIAR MALL, LLC
STUDEX CORP.
SUN LIFE FINANCIAL
SUNRISE MILLS MLP LP
SUPER LEAGUE ENTERPRISE, INC.
SUPERSTAR
TACOMA MALL PARTNERSHIP
TAIR JIUH
TANGER PROPERTIES LIMITED
TANGER PROPERTIES LP
TANGOE, INC.
TANGOE, INC. 742
TB MALL AT UTC, LLC
TERRELL OUTLETS, LLC
THE BENMOORE CONST. GROUP
THE CADILLAC FAIRVIEW CORP.
THE CREME SHOP
THE GREAT-WEST LIFE
THE IRVINE COMPANY LLC
THE MACERICH COMPANY
THE MACERICH PARTNERSHIP LP
THE MILLS AT JERSEY GARDENS/JG
THE RETAIL PROPERTY TRUST
TIERNEY GEARON PHOTOGRAPHY
TOMOKA25 ASHLEY PARK LLC
TONG YI ACCESS.
TRANZACT TECHNOLOGIES
TRANZACT TECHNOLOGIES, INC
TRIANGLE SIGN AND SERVICE
TRUESOURCE, LLC.
TRUMBULL SHOPPING CENTER #2LLC
TYSONS CORNER HOLDINGS LLC
UCC DISTRIBUTION INC.
UHC CONSTRUCTION SERVICES
UNITED TECHNO SOLUTIONS INC.
UPS SUPPLY CHAIN SOLUTIONS INC
US BANK CORPORATE PAYMENT
US CENTENNIAL MALLS JV,LLC
USPA ACCESSORIES LLC
VALLEY MALL LLC
VF MALL LLC
VIFF LIMITED
VIKING RIDEAU CORPORATION
WALMART INC.
WAREHOUSE DIRECT,INC.
WATERSHED TECHNOLOGY
WEA SOUTHCENTER LLC

WEBFAB LLC
WEST EDMONTON MALL PROP. INC.
WEST FARMS MALL, LLC
WEST TOWN MALL LLC
WESTCOR REALTY LIMITED
WESTFIELD POLICE DEPARTMENT
WESTLAND GARDEN STATE PLAZA LP
WILLIAM L & K MELISSA TRANSIER
WILLOWBROOK MALL HOLDING
WIS INTERNATIONAL
WL-MART STORES EAST LP
WOODFIELD MALL,LLC
WOODLAND HILLS MALL LLC
WORKDAY, INC.
WORKJAM INC.
XL SPECIALTY INSURANCE COM.
ZURU LLC

## Schedule B

**Potential Connections or Related Parties**

**Schedule B**

**Potential Connections or Related Parties**

**Current and Former Clients of A&M and/or its Affiliates** [1]

Accenture International
Acosta Sales & Marketing
Adobe Cloud
ADP Inc.
Air Labs Inc.
Allianz Australia Insurance Limited
American Bank
American National Bank
Aon Underwriting Managers
AST JPMorgan Global Thematic
Avalara, Inc.
Axis Insurance Company
Baker & Hostetler LLP
Baker & McKenzie LLP
Baker Tilly Global Tax Solutions
Banco Popular de Puerto Rico
Bancorpsouth
Bank of Oklahoma
Bank of the West
BDO USA, LLP
Beazley Insurance Company, Inc.
Berkeley Research Group, LLC
BK of Amer NA-NY
Blackhawk
Blue Cross and Blue Shield of Illinois -
    Health Care Svcs. Corporation
BMO Harris Bank
BRE/Pearlridge LLC
Bremer Bank
Bureau Veritas
CanadaLife
Canon Solutions America, Inc.
CBRE Inc.
Centric Beauty LLC
CenturyLink Communications, LLC d/b/a
    Lumen Technologies
Citibank, N.A.
Citizens Bank
City National Bank

Comdata Inc.
Commerce Bank
Commingled Pens Tr Fd (CORE PL
Community National Bank & Trust
CompuCom Systems, Inc.
Continental Casualty Company (CNA)
Cornerstone OnDemand, Inc.
Cradlepoint through CDW LLC
Credit Suisse
Delta Dental-Asc
DHL
DLA Piper LLP (US)
Elliott Management Corp.
Elliott Intl LP
EMC-DN ICAV F&N BHF OF DN FD I
Endurance American Insurance Company
Expeditors
Experian Marketing Solutions LLC
Federal Express Corporation
Fifth Third Bank
First American Bk
First Citizens Bank & Trust Co
First Community Bank
First Farmers Bank & Trust
First Financial Bank
First Hawaiian Bank
First Horizon Bank
First Interstate Bank
First National Bank
Flagstar Bank
Fortinet through Optiv
FujiFilm Business Innovation Hong Kong
    Limited
Funko Uk Ltd
General Growth Properties Inc.
Getty Images
Goldman Sachs & Co. LLC
Google Inc.
Grant Thornton LLP
Great-West Life, The
Hancock Bank

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

HTI Toys UK Ltd
Huntington National Bank
IDEA Group
Illinois National Insurance Company
Indian Harbor Insurance Company
Insight Direct USA, Inc.
Intact Financial Corporation
Inverness
Invesco
Johnson Controls Inc.
Kaiser
Key Bank
Kirkland & Ellis
Klarna
Liberty Mutual
Lloyd's of London
M&T Bank
Macerich Company, The
MAM LP - Empire Scurd Cr Fdg I
Manulife (International) Limited
Marathon
Markwins Beauty Brands
Marsh (Hong Kong) Ltd
Mastercard International
Mercer
MetLife
Microsoft Corporation
Monarch Alternative Capital LP
Mood Media Corporation
Morgan Stanley Sr Fd Inc
NatWest Offshore Gibraltar Ltd
Navigators Insurance Company C
NB - Neuberger Berman Special
Newmark
Oaktree
Opry Mills Mall LP
Optiv Security Inc.
Oracle America, Inc.
Orkin
Pantone LLC
Paypal, Inc. / Bill Me Later, Inc.
PNC Bank
ProLogis UK XXIV S.a.r.l.
Province LLC
QBE Insurance Corporation
Redwood Capital Management

Regions Bank
RioSoft
Riskified, Inc.
RSI International Ltd.
Salesforce.com.Inc.
Simmons Bank
Simon Property Group, LP
Simpson Thacher & Bartlett LLP
South State Bank
Spencer Stuart
Sprout Social, Inc.
Squire Patton Boggs (US) LLP
St Judes Children's Research
Staples Inc.
Sun Life Financial
Synovus Bank
TD Bank
Travelers Indemnity Company, The
Triple-S
Truist
UMB Bank
United Bank
United Community Bank
UPS Supply Chain Solutions Inc
U.S. Specialty Insurance Company
US Bank (US)
Valley National Bank
Viacom (Smurfs)
VSP
Wells Fargo
WIS International
Walmart Inc.
Woodforest
World of Sweets
Worldline
XL Specialty Insurance Com
Zurich Insurance Company
Zuru LLC
[Confidential]

**Significant Equity Holders of Current and Former A&M Clients**[2]

Adobe Cloud
ADP Inc.
Allianz Australia Insurance Limited
Ascot Insurance Company
AST JPMorgan Global Thematic
Baker Tilly Global Tax Solutions
BK of Amer NA-NY
BMO Harris Bank
Brookfield Property Partners L.P.
Cadillac Fairview Corp., The
CanadaLife
Canon Solutions America, Inc.
CBRE Inc.
CenturyLink Communications, LLC d/b/a Lumen Technologies
Citibank, N.A.
City National Bank
Community Bank
CompuCom Systems, Inc.
Credit Suisse
Elliott Management Corp.
Elliott Intl LP
EMC-DN ICAV F&N BHF OF DN FD I
Fifth Third Bank
FineLine
Goldman Sachs & Co. LLC
Google Inc.
Herenstein, Andrew
Huntington National Bank
Intact Financial Corporation
Inverness
Invesco
Johnson Controls Inc.
Kaiser
Liberty Mutual
Lloyd's of London
MAM LP - Empire Scurd Cr Fdg I
Manulife (International) Limited
Marathon
Marsh (Hong Kong) Ltd

Mastercard International
Mercer
MetLife
MGA Entertainment, Inc.
Microsoft Corporation
Monarch Alternative Capital LP
Morgan Stanley Sr Fd Inc
NatWest Offshore Gibraltar Ltd
NB - Neuberger Berman Special
Newmark
Oaktree
One Beacon Insurance Company
Paypal, Inc. / Bill Me Later, Inc.
PNC Bank
QBE Insurance Corporation
Redwood Capital Management
Salesforce.com.Inc.
Simon Property Group, LP
Squire Patton Boggs (US) LLP
Sun Life Financial
Synovus Bank
Travelers Indemnity Company, The
TD Bank
Truist
UMB Bank
UPS Supply Chain Solutions Inc
US Bank (US)
Viacom (Smurfs)
Walmart Inc.
Wells Fargo
William L & K Melissa Transier
Workday, Inc.
Worldline
Zurich Insurance Company
[Confidential]

---

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

## Significant Joint Venture Partners[3]

Adobe Cloud
AST JPMorgan Global Thematic
BK of Amer NA-NY
Goldman Sachs & Co. LLC
Johnson Controls Inc.
MetLife
Microsoft Corporation
Morgan Stanley Sr Fd Inc
UPS Supply Chain Solutions Inc
[Confidential]

## Board Members/Officers/Employees[4]

Kapoor, Rohit
Killion, Theo
Lomow, Samantha
Wells, David
William L & K Melissa Transier

## Government and Regulatory[5]

State of Minnesota
State of Texas

---

[3] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[4] These parties or their affiliates are or were board members. officers or members of management of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[5] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.