## Exhibit B

**Deutch Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re:  Docket No. __** |

**DECLARATION OF
PAUL H. DEUTCH IN SUPPORT
OF THE APPLICATION OF DEBTORS FOR
ENTRY OF AN ORDER AUTHORIZING DEBTORS TO
EMPLOY AND RETAIN OMNI AGENT SOLUTIONS, INC. AS
ADMINISTRATIVE AGENT EFFECTIVE AS OF AUGUST 6, 2025**

I, Paul H. Deutch, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my information, knowledge, and belief, declare as follows:

1.      I am the Executive Vice President of Omni Agent Solutions ("Omni"), and I am authorized to make and submit this declaration (the "Declaration") on behalf of Omni.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would competently testify thereto.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

2.      I submit this Declaration in support of the *Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of August 6, 2025* (the "<u>Application</u>"), filed contemporaneously herewith.[2]

3.      Omni is a chapter 11 administrator comprised of leading industry professionals with significant experience in the administrative aspects of large, complex chapter 11 cases.  Omni's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity.  Omni's professionals have acted as claims and noticing agent and/or administrative agent in many large bankruptcy cases in this District and in other districts nationwide.  Omni has developed efficient and cost-effective methods to handle the voluminous mailings associated with the noticing and claims processing portions of chapter 11 cases to ensure the efficient, orderly and fair treatment of creditors, equity security holders, and all parties in interest.

4.      As administrative agent, Omni will perform the bankruptcy administration services specified in the Application and the Retention Documents.  In performing such services, Omni will charge the Debtors the rates set forth in the Retention Documents, which are attached as <u>Exhibits C</u> and <u>D</u> to the Application.

5.      Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that Omni and its professional personnel:

(a)      are not creditors, equity security holders, or insiders of the Debtors;

(b)      are not and were not, within two years before the date of the filing of these cases, directors, officers or employees of the Debtors; and

(c)      do not have an interest materially adverse to the interest of the Debtors'

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors.

6.      I caused to be submitted for review by our conflicts system the names of all known potential parties in interest (the "Potential Parties in Interest") in the chapter 11 cases, attached hereto as **Exhibit 1**.  The list of Potential Parties in Interest was provided by the Debtors and includes the Debtors, non-Debtor affiliates, current and former directors and officers of the Debtors, significant equity holders, secured creditors, real estate lessors and landlords, contract counterparties, banks, professionals, insurers, utilities, governmental authorities, and other parties. The results of the conflict check were compiled and reviewed by Omni.  At this time, and as set forth in further detail herein, Omni is not aware of any connection that would present a disqualifying conflict of interest.  Should Omni discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Omni will use reasonable efforts to file promptly a supplemental declaration.

7.      To the best of my knowledge and based solely upon information provided to me by the Debtors, and except as provided herein, neither Omni, nor any of its personnel, holds or represents an interest materially adverse to the Debtors' estates nor has a material connection to the Debtors, its creditors, or related parties with respect to any matter for which Omni will be employed.  Omni may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Omni serves or has served as claims and noticing agent and/or administrative agent for another chapter 11 debtor.  However, to the best of my knowledge, no such relationships are materially related to the chapter 11 cases.

8.      Omni has working relationships with certain of the professionals retained by the Debtors and other parties herein, but such relationships are entirely unrelated to the chapter 11 cases.  Omni has and will continue to represent clients in matters unrelated to the chapter 11 cases,

and Omni and its personnel may have, and will continue to have, relationships personally or in the ordinary course of its business with certain vendors, professionals, financial institutions, and other parties in interest in connection with matters unrelated to these cases. Omni may also provide professional services to entities or persons that may be creditors or parties in interest in the chapter 11 cases, which services do not directly relate to, or have any direct connection with, the chapter 11 cases or the Debtors.

9.      Omni and its personnel in their individual capacities regularly utilize the services of law firms, accounting firms, and financial agents. Such firms engaged by Omni or its personnel may appear in this case representing the Debtors or parties in interest. All engagements where such firms represent Omni or its personnel in their individual capacities are unrelated to the chapter 11 cases.

10.      Marc Beilinson is Omni's Chairman of the Board and indirectly holds a minority ownership interest in Omni. Mr. Beilinson also runs his own financial advisory firm, Beilinson Advisory Group. On January 1, 2022, Mr. Beilinson joined the board of directors of Apollo Global Management ("AGM"). AGM is included on the Potential Parties in Interest list.

11.      Mr. Beilinson plays no role, either directly or indirectly, in any of the day-to-day case administration services (e.g., claims processing, noticing, solicitation, etc.), which Omni provides to its clients. With respect to this chapter 11 case, Mr. Beilinson will not provide, assist with, or work on, in any capacity, the services described in the Application.

12.      Based on the foregoing, I believe that Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. Moreover, to the best of my knowledge, information, and belief, neither Omni nor any of its employees hold or represent any interest

5

materially adverse to the Debtors' estates with respect to any matter upon which Omni is to be employed.

13.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: August 29, 2025
Wilmington, Delaware                          */s/ Paul H. Deutch*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                              Paul H. Deutch
                                              Executive Vice President
                                              Omni Agent Solutions

## Exhibit 1

**List of Potential Parties in Interest**

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Known Affiliates |
| 1(c) | Director/Officer |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(f) | Contract Counterparties |
| 1(g) | Insurance |
| 1(h) | Landlords |
| 1(i) | Litigation |
| 1(j) | Significant Equity Holders |
| 1(k) | Surety & Letters of Credit Issuers/Beneficiaries |
| 1(l) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(m) | Vendors |
| 1(n) | Bankruptcy Judges |
| 1(o) | Office of the United States Trustee |
| 1(p) | 363 Sale Parties |
| 1(q) | Top 30 Creditors |
| 1(r) | UCC Members |
| 1(s) | UCC Professionals |

# SCHEDULE 1(a)

## **Debtors**

BMS Distributing Corp.
CBI Distributing Corp.
Claire's Accessories UK Ltd.
Claire's Boutiques Inc.
Claire's Canada Corp.
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's Gibraltar Holdings LLC
Claire's Gibraltar Holdings Ltd.
Claire's Holdings LLC
Claire's Intellectual LLC
Claire's Puerto Rico Corp.
Claire's Stores Canada Corp.
Claire's Stores Inc.
Claire's Swiss Holdings II LLC
Claire's Swiss Holdings LLC
CLSIP Holdings LLC
CLSIP LLC
CSI Canada LLC

## SCHEDULE 1(b)

### Known Affiliates

BMS Fashion Corp.
Claire's (Gibraltar) Holdings Ltd.
Claire's (Gibraltar) Intermediate Holdings Ltd.
Claire's Accessories Spain SLU
Claire's Accessories UK Ltd.
Claire's Accessories UK Ltd. French Branch
Claire's Accessories UK Ltd. Irish Branch
Claire's Austria GmbH
Claire's Belgium BV
Claire's China Services (Trust)
Claire's Czech Republic sro
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's France SAS
Claire's Germany GmbH
Claire's Gibraltar Holdings LLC
Claire's Holdings Sarl
Claire's Hungary Kft
Claire's Italy SRL Unipersonale
Claire's Luxembourg Holdings Sarl
Claire's Luxembourg Sarl
Claire's Netherlands BV
Claire's Poland sp zoo
Claire's Stores Canada Corp.
Claire's Switzerland GmbH
CSI Luxembourg Sarl
CSI Luxembourg Sarl, Luxembourg, Zweigniederlassung Neuhausen am Rheinfall
RSI International Ltd.
Whiteclaire's Acessorios Portugal Unipessoal Lda.

# SCHEDULE 1(c)

## Director/Officer

Algaze, Samantha
Annam, Shireesh
Arenschield, George
Bankov, Hristo
Bauza, Carmen
Best, Paul
Bhatnagar, Priya
Boen, David
Brown, Stuart
Brunts, DeAnn
Chadha, Alisha
Clark, Phillip
Cramer, Chris
Darer, Michael
Deep, Rohit
Diers, Peter
Estime, Jerald
Flint, Richard
Gilliam, Paul
Herenstein, Andrew
Hurley, Meghan
Kapoor, Rohit
Ketel, Elizabeth
Killion, Theo
Lomow, Samantha
McKeough, Brendan
Peroni, Tina
Porter, Maryann
Reilly, Michele
Rubinfeld, Arthur
Sanders, Amy
St. Clair, Bryan
Stoddard, Suzanne
Wells, David

## SCHEDULE 1(d)

### **Bankruptcy Professionals**

Alvarez & Marsal
Houlihan Lokey Inc.
Interpath Advisory Co.
Kirkland & Ellis LLP
Omni Agent Solutions
Prosek LLC

# SCHEDULE 1(e)

### Banks/Lender/UCC Lien Parties/Administrative Agents

1st Bank
1st Summit Bank
American Bank
American Bank of Montana
American National Bank
Ameris Bank
Ankura Trust Co. LLC
Arvest Bank
AST JPMorgan Global Thematic
Bancfirst Corp.
Banco Popular of Puerto Rico
BancorpSouth Inc.
Bangor Savings Bank
Bank Champaign NA
Bank of America
Bank of America NA - NY
Bank of Hawaii Corp.
Bank of Oklahoma
Bank of the West
BankFinancial Corp.
Banknorth
BMO Harris Bank
Border Bank
Bremer Bank NA
Camden National Bank
Cape Cod Five Cents Savings Bank
Central Bank Boone County
Chase Lincoln
Chase Lincoln Host Bank
Citibank NA
Citizens Bank
Citizens National Bank
City National Bank
Coast Central Corp.
Commerce Bank NA
Community Bank
Community National Bank & Trust
Core First Bank & Trust
Cornerstone Bank
County Bank
Desert Community Bank
Dubuque Bank & Trust Co.

Eastern Bank
Elliott Associates LP
Elliott International LP
Elliott Investment Management LP
Evolve Bank & Trust
Exchange Bank, The
F&M Bank
Farmers State Bank
Fifth Third Bank NA
First American Bank
First Bank Kansas
First Bankers Trust Co. NA
First Citizens Bank & Trust Co.
First Community Bank
First Farmers Bank & Trust Co.
First Financial Bank
First Hawaiian Bank
First Horizon Bank
First Interstate Bank
First Mid Bank & Trust NA
First National Bank
First National Bank of Ottawa
First United Bank
First Western Bank & Trust
Flagstar Bank NA
Franklin Savings Bank
German American Bank
GIM Specialist Investment Funds
GIM Trust 2 - Senior Secured Loan Fund
Goldman Sachs
Great Southern Bank
Hancock Bank
Hawthorn Bank
Hickory Point Bank and Trust
Huntington National Bank
International Bank of Commerce
Invesco
Invesco Ltd.
Invsco-Invsco Gobal Strategic Income Fund
Inwood National Bank
Isabella Bank & Trust

JP Morgan Investment Management Inc. - US
JP Morgan Invetment Management Inc. - IBM
JPM
JPM-  Adavanced Series Trust Allocation High Yield Portfolio
JPM - SEI Institutional Managed Target High Yield Bond
JPM Chase Retirement Plan
Jpm Core Plus Bond Fund
JPM Floating Rate Income Fund
JPM Global Bond Opportunities Fund
JPM Im Ltd.-SEI Institutional
JPM Income Builder Fund
JPM LVIP JP Morgan High Yield
JPM Total Return Fundd
JPMorgan Chase Bank NA
JPMorgan Commingled Pension Trust Fund
JPMorgan Global Strategic Bond Fund
JPMorgan High Yield Fund
JPMorgan Income Fund
JPMorgan Strategic Income Opportunities
JPMorgan Unconstrained Debt Fund
KeyBank NA
Kirkwood Bank & Trust Co.
Lake Region Bank of Commerce
Lea County State Bank
M&T Bank Corp.
MAM LP - Empire Secured Credit Funding I
Marathon Asset Management LP
Monarch
Monarch Capital Master Partners V-A LP
Monarch Capital Master Partners VI LP
Monarch Debt Recovery Master
Monarch Debt Recovery Master Fund Ltd.
Morgan Stanley
Morgan Stanley Senior Fund Inc.
Natwest Offshore Gibraltar Ltd.
NBCUniversal Media LLC
NBT Bank NA
Neuberger Berman Holdings LLC
Neuberger Berman Special Fund
Northway Bank
Oaktree Capital Management LP

Oaktree Principal Fund V
Oaktree Principal Fund V Continuation Fund LP
OCM LP Oaktree Principal Fund
Park National Bank
Peoples Bank
PlainsCapital Bank
PNC Bank NA
Premier Bank
Premier Bank of Minnesota
Redwood
Redwood Drawdown Master Fund III LP
Redwood Drawdown MF II LP
Redwood Enhanced Income Corp.
Redwood Master Fund Ltd.
Redwood Opportunity Master Fund Ltd.
Regions Bank
Rio Grande Bank
S&T Bank
Simmons Bank
South State Bank
STAR Financial Bank
State Bank
Synovus Bank
TD Bank NA
Texas Bank & Trust Co.
TH PU In For Social Security
Titan Bank NA
Tri Counties Bank
Truist Financial Corp.
Trustco Bank NA
UMB Bank NA
Umpqua Bank
United Bankshares Inc.
United Community Bank
Valley National Bank
Vectra Bank
VR Advisory Services Ltd.
VR Global Partners LP
Wazee Street Capital Management LLC
Wazee Street Opportunities Fund
Wells Fargo & Co.
WesBanco Inc.
Wisely
Woodforest National Bank
Wrentham Cooperative Bank

# SCHEDULE 1(f)

### Contract Counterparties

3Business.com Ltd.
ABG Accessories Inc.
Academy Fire Life Safety LLC
Accellor Inc.
Accessory Innovations (Shanghai)
Accessory Innovations LLC
Action Services Group Inc.
Adobe Cloud
ADP GlobalView BV
ADP Inc.
ADP International Services BV
AdSwerve Inc.
Air Labs Inc.
Algonomy Software
Aliquantum International
Alshaya Trading Co. WLL
ALT. Fragrances
Alumatec Pacific Products
Ama Design International (Hong Kong)
Anhui Tumoon Apparel Co. Ltd.
Aon - Aon Risk Services Northeast Inc.
Aon Risk Services Northeast Inc.
Aphmau
Aspire Systems Digital Transformation Inc.
Atlassian Corp.
Attentive Mobile Inc.
Aura Access (Haiphong)
Aura Accessories LLC
Aurora World Inc.
Aurora World UK Ltd.
Avalara Inc.
Avid Floor Maintenance Inc.
AXA PPP Healthcare Ltd.
B&B Collection SRL
Baker & McKenzie LLP
Baker Tilly Global Tax Solutions Ltd.
Basic Fun Inc.
Basic Fun Inc. (Shanghai)
Belfor USA Group Inc.
Bendon Inc.
Beverly Hills (Qingdao)
Bill Me Later Inc.

Bioworld International (Shanghai)
Bioworld International Ltd.
Bioworld Merch (NingA72:A118bo)
BIP Candy & Toy UK Ltd.
Blackhawk Network Holdings Inc.
Blue Cross & Blue Shield of Illinois
Blue Sky Designs Ltd.
Blue Sky Designs Ltd. (Ningbo)
Blue Yonder Inc.
Blueprint Coll (Ningbo)
Blueprint HK Co. Ltd.
Bodytecc Jewelry Factory Ltd. Co.
Bonkers Toy Co. (Shenzhen)
Bonkers Toy Co. LLC
Boomerang
Brandsight Inc.
Broadstone
Brookfield
Bupa Dental Services Ltd.
Bureau Veritas SA
Business of Fashion Ltd., The
Canada Life Assurance Co.
Canon Inc.
Capitol Light
Carlson Fixtures
Caticorn International Co. Ltd.
Caticorn International Co. Ltd. (Haiphong)
CBL
CBTS Technology Solutions LLC
CCA Industries Inc.
Centric Beauty (Haiphong)
Centric Beauty LLC
Centric Socks LLC (Shanghai)
CenturyLink Communications LLC
Character Options Ltd.
Chicago Consumables Inc.
Click Distribution Ltd.
Clinical Health Technologies
Cloudflare Inc.
CMA Industrial Development Foundation
    Ltd.
ComData

ComPsych Corp.
Confiance Business Solutions Ltd.
Confidence by GaBBY Goodwin
Connoisseurs Products
Contempo
Conveyor Craft Inc.
Coqueterias El Salvador
Coqueterias Sociedad Anonima
Cornerstone OnDemand Inc.
CradlePoint Inc.
Creme Shop, The
Cuddle Barn (Shanghai)
Cuddle Barn Inc.
Cut From The Wild
CyberArk Software Ltd.
Dan Dee International (Shanghai)
Data ACS
DealTracking
Deem/Tower Travel
Delta Dental of Illinois
Descartes Systems Group Inc., The
DHL Group
Difuzed BV Fob
Difuzed NA Inc. (Ningbo)
Disguise Ltd. (Land)
DNC UK Ltd.
Dongguan Superstar Body Piercing Jewelry
    Factory
Dope Slimes LLC
DPD Europe/UK
Dragon Eyes
E & Q Fashion (Haiphong)
EA Logistics
Eccolo Ltd.
Eccolo Ltd. (Ningbo)
EES Global LLC
Elegant Logistic Group Insurance
ELF Co. Ltd. (Bangkok)
Ella Cosmetics
Enterprise Rent A Car UK Ltd.
Envasado Xio (Valencia)
Envasado Xiomara SLU
Evershine CRE (Hong Kong)
Exalta Marcas SAPI de CV
ExLogistics
Expeditors

Expeditors UK
Expeditors US
Experian Marketing Solutions LLC
Fantas-Eyes (Shanghai)
Fantas-Eyes Inc.
Fashion Angels
Fashion Angels (Ningbo)
Fast Forward (Shenzhen)
Fazit/LB Enterprise LLC
Federal Express Corp.
Fedex
Fifth Third Processing Solutions LLC
FineLine Technologies Inc.
Fio International
Floormax USA
Fortinet Inc.
France Lab Inc.
Frasier Sterling (Qingdao)
Froid Express Holding SARL
FrontStreet FS
Fu Wah Manufactory (Hong Kong)
FujiFilm Business Innovation Hong Kong
    Ltd.
Funko UK Ltd.
GEMC2 LLC (Shenzhen)
GEMC2 LLC/Blinger
Getty Images
Global Payments Inc.
Global Reponse LLC
Global Top Services (HK) Ltd.
GloPotion
GMA Shanghai (SGH)
Google Inc.
Granite Telecommunications LLC
GSPANN Technologies Inc.
Half Moon Bay Ltd. (Fob)
Hally Hair Inc.
Hamee US Corp. (Shenzhen)
Hangzhou Kata Co. Ltd
Health Equity
Heathside Trading Ltd.
Helen Andrews Inc.
HER Accessories
Heritage Candy Co.
HGC Global Communications Ltd.
High Intencity Corp.

High Intencity Fob
High Point Design LLC
Hilton, Paris
Hip Sing China Industrial Ltd.
HKBN Enterprise Solutions HK Ltd.
HKBN Enterprise Solutions Ltd.
Home & Nature
Honghu Leather Co. Ltd.
Hop Lik Container Service Ltd.
Horizon Group USA
Horizon GRP (Ningbo)
HTI Toys UK Ltd.
HYM International Co. Ltd.
Idea Group International (Hong Kong)
Imagine 8 Ltd.
Importadora Sparapks SAPI De CV
InComm
Incredible Nov (Shenzhen)
Indeed Inc.
Inked By Dani
Innovative Cosmetic (Shenzhen)
Innovative Cosmetic Concepts
Innovative Cosmetics (Kao)
Inspired Thinking Group (ITG) Ltd.
Inspired Thinking Group (US) Inc.
Intalytics/Kalibrate
Intertek Testing Services Hong Kong Ltd.
Inverness Corp.
J&D Brush Co. LLC
Jacmel Jewelry Inc.
JAS Logistics
Jay Franco Eur (Shanghai)
Jay Franco Europe Ltd.
Jaz Toys UK Ltd.
Jazwares LLC
Jennz LLC
Jennz LLC (Ningbo)
Jiangxi Meican (Ningbo)
Jiangxi Meican Industry & Trade Co. Ltd.
JM International Co. Ltd.
JM Silber Ltd. (Bangkok)
Johnson Controls Inc.
Juno Craft Co. Ltd.
Just Play (HK) Ltd.
Just Play (HK) Shanghai
Just Play (HK) Shenzhen

Kaiser Permanente
Kangaru Brands (Ningbo)
Kirker Europe Ltd.
KL Electric Co.
Klarna
Kojac Fashion (Qingdao)
Kojac Fashion Accessories Ltd.
Lakontra International (Hong Kong)
Lavender Sugar
LBS Group
Legacy Facility Maintenance Solutions
Lennox National Account Services LLC
Levy Realty Advisors Inc.
License 2 Play Toys LLC
LinkedIn Corp.
Liquid Glass (Qingdao)
Liquid Glass Body Jewelry LLC
Localoc Inc.
Localoc Inc. (Shenzhen)
Lofty Innovation Co. Ltd.
Long Yat Handbag Fty Ltd.
Lucent Product Inc.
Lucky Tree Co. (Hong Kong)
Macerich
Madiag SARL
Maintenance Vendors
Malliaris SA
ManageEngine
Manulife (International) Ltd.
Markwins Beauty Brands Inc.
Markwins Beauty Brands International
Marsh (Hong Kong) Ltd.
Maruyu
Mary Fashion Accessories Co. Ltd.
    (Taiwan)
Master Toys & Novelties
Mastercard International Inc.
Measa
Mercer
Merchandise Vendors - Service & Product
Mermade Hair
MetLife Inc.
MGA Entertainment Inc.
MGA Entertainment UK Ltd.
Microsoft Azure Inc.
Microsoft EA

Mike Albert Leasing
Minster
Minster Computer Systems Ltd.
Misirli UK Ltd.
Montagne Jeunesse International Ltd.
Mood Media Corp.
Moose Toys LLC (Shenzhen)
Moose Toys UK Ltd.
Morning Charm Ltd.
Moveable Inc.
MRI Real Estate Software LLC
My Sales LLC
Natalia Marketing Corp. (Ningbo)
New Clicks South Africa Proprietary Ltd.
New Forum Enterprises Ltd.
Newmark Group Inc.
Ningbo Yekea Home Articles Co. Ltd.
Novelty Express SA
NPN360
NPW Group (Shenzhen)
Ogilvie Ltd.
OLR
One For Fun (Ningbo)
One For Fun Ltd.
Ooly LLC
Operadora Sparapks SAPI De CV
Optiv Security Inc.
Oracle Financials
Oracle Retail
Orb Factory Ltd., The
Original Additions (BP) Ltd.
Orkin LLC
OT Technology Inc.
Ovative Group LLC
Pacific Piercing Supply Inc.
Pan Oceanic (Shanghai)
Pantone Connect
Pantone Swatches & Pantone Books
Paypal Inc.
Phoenix Manufacturing Co. Ltd.
Pipsticks Inc.
PMS International Group PLC
Popsockets (Shenzhen)
Prenax (WWD)
Pretty Woman (GZH)
Pretty Woman (New York)

Pretty Woman LLC
Prime Mode Co. Ltd.
ProLogis UK XXIV Sarl
ProShip Inc.
Protos Security
PTL Systems Inc.
Qingdao Collect Jewelry Co. Ltd.
Qingdao Fineart & Craft Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Imperial Art Co.
Qingdao Jinyuxianghe Jewelry Co. Ltd.
Qingdao JY Fashion
Qingdao Oasis Import & Export Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao SH&C Fashion Jewelry Co. Ltd.
Qingdao Shinsung Arts Crafts Co. Ltd.
Qingdao World Money
Qingdao Xujunhui Jewelry Co. Ltd.
Qingdao YM Jewelies Co. Ltd.
Radium Creation Ltd.
Rare Beauty Brands Inc.
Raytik Ltd.
Real Packaging Co.
RealtimeBoard Inc.
Reflectiz Inc.
Right Choice Exports
Right Choice Exports (Delhi)
Riosoft
Riskified Inc.
RMS
RMS International (Ningbo)
RMS International (USA) Inc.
Roy Lowe & Sons Ltd.
Rubies Enterprises Ltd.
Rubies Masquerade Co. UK Ltd.
Salesforce Inc.
Salsify Inc.
SAVVi
Schylling Inc.
Scopevisio Retail Solutions
SDWorx
Sebang Chain Co. (Qingdao)
Sebang Chain Vina (Haiphong)
ServiceChannel.com
SGS Hong Kong Ltd.
Shalom International

Shalom International (Ningbo)
Shanghai East (Phnom Penh)
Shanghai Style (Shanghai)
SHC Direct LLC
Shenzhen Three Champions Yuan Trading
    Co. Ltd.
Shine Arts Crafts Co. Ltd.
Shiny Goods Inc.
ShopperTrak
Silver Buffalo LLC
Simba Smoby Toys UK Ltd.
Simon
Sisco Industries Ltd. (Haiphong)
Skinny Dip Landed
Skinnydip Ltd.
Smartsheet Inc.
Smile Gems
Smilegems Ltd. (London)
SNDZ Enterprise Corp. (Hong Kong)
Sodexa SARL
SOS Maintenance & Construction Ltd.
Specialty Store Services
Spin Master Inc.
Spin Master Toys (Haiphong)
Spin Master Toys Far East Ltd.
Springdale Acoustics Inc.
Sprout Social Inc.
SPS Commerce Inc.
Starlight ACC (Shanghai)
Stickerbeans
Stickerbeans (Ningbo)
Stirrup Unlimited LLC
Stor SL
Stored Value Solutions Inc.
Street Players
Studex
Studex UK Ltd.
Sugar Luv
Sunny Fashion Jewelry Co. Ltd. (Qingdao)
Sunshine & Glitter
Tair Jiuh Enterprise Co. Ltd.
Tamantar Co.
Temp Cooler LLC
Theme
Tong Yi Access (Hong Kong)
Tradewin

TranzAct Technologies Inc.
Travelux Ltd.
Tree Hut
Triangle Sign & Service LLC
Triple-S Management Corp.
TrueCommerce (Coventry) Ltd.
TrueSource
Tung Hing Plastic Manufactory Ltd.
Two Boys Designs Inc.
U&I Fashion (Haiphong)
UCC Distributing Inc.
UL Verification Services Inc.
Urban Reform Realty
US Bank NA
USPA Access (Shenzhen)
USPA Accessories LLC
V&E Accessories Inc.
VeriFone Inc.
Viacom Inc.
Viacom International Inc.
Viff Ltd.
Viff Ltd. (Shanghai)
Vision Service Plan
Vogue Digital
Waitwhile Inc.
Walmart Inc.
Walton Signage Corp.
Watsons Water
WebFab LLC
Wenzhou Eyestar Eyewear Co. Ltd.
Wenzhou Pleasure Trade Co. Ltd.
WGSN Ltd.
Wide Harvest Investment Ltd.
William Lamb Group Ltd.
Wind Designs Ltd.
WIS International
Workday Inc.
Workjam Inc.
World of Sweets
Worldline SA
Yiwu Kingtai Trading Co. Ltd.
Yiwu Volcano Arts & Crafts Co. Ltd.
Yottaa Inc.
Yumark Enterprises (Bangkok)
Yumark Industries (Ningbo)
Yumark Industries (Phnom Penh)

Zinio Online Magazine
Zuru LLC (Shenzhen)
Zuru UK Ltd.

# SCHEDULE 1(g)

## <u>Insurance</u>

AFCO Credit Corp.
Affiliated FM Insurance Co.
AGCS Marine Insurance Co.
Allianz Engineering Inspection Services Ltd.
Allianz Insurance PLC
Aon Underwriting Managers
Ascot Insurance Co.
Axis Insurance Co.
Beazley Insurance Co. Inc.
Beazley Syndicate 2623/623
Berkley Insurance Co.
Continental Casualty Co.
Continental Insurance Co., The
Endurance American Insurance Co.
Federal Insurance Co.
FM Insurance Co. Ltd.
FM Insurance Europe SA Luxembourg, Bern Branch
Freedom Specialty Insurance Co.
Greenwich Insurance Co.
Illinois National Insurance Co.
Liberty Mutual
Lloyd's of London
Mapfre Praico Insurance Co.
Navigators Insurance Co.
Ohio Casualty Insurance Co., The
Starr Indemnity & Liability Co.
US Specialty Insurance Co.
Vienna Insurance Group AG
XL Insurance America Inc.
XL Specialty Insurance Co.
Zurich Insurance Co. Ltd.
Zurich Insurance PLC

# SCHEDULE 1(h)

### Landlords

16191576 Canada Inc.
380 & 289 LP
4D Properties
6800 Eastman Avenue LLC
863 Broadway LLC
Abbell Associates LLC
Acadia Realty Trust
AH Property Management LLC
Alliance Health Inc.
American Assets
American Realty Capital LLC
Apollo Net Lease Co. LLC
Ashkenazy Acquisition Group
Ashley Group
Avison Young
Baldwin, Alexander
Barnett Properties Ltd.
Bayer Properties LLC
Bayfield Realty Advisors Inc.
BentallGreenOak
Bentley Mall Association
Berengaria Development
Berkeley Mall LLC
Berkowitz Development Group Inc.
BFW Howell Associates LLC
Bixby Bridge Capital
Branson Landing
Brazos TC - Partnership A LP
Brixmor Property Group Inc.
Brookfield
Burroughs & Chapin Co. Inc.
Cadillac Fairview
Cafaro
Cameron Crossing Inv. Ltd.
Carroll/1709 Ltd.
Casto
CBL
CBRE Inc.
Centennial Advisory Services LLC
Centennial Pueblo Mall Manager LLC
Centennial RE Co.
Centennial Real Estate Management LLC

CenterCal LLC
Central Walk
Central Walk Tsawwassen
CIM Group
City View Commercial
CMG / Provost Group Inc.
Coldwell Banker
Collett Management LLC
Colliers International Asset Management
    Inc.
Compass Retail
Continental Realty Corp.
Cord Meyer Development LLC
Cordano Co.
Coventry Mall Associates
CPI Property Group
Craig Realty Group
Crawford Square
Crescent Land Development Associates
    LLC
Crombie
CTO Realty Growth Inc.
Cushman & Wakefield
Cushman & Wakefield Asset Services Inc.
CW Capital Asset Management LLC
Cypress Equities Managed Services
Daniel Corp.
DCM Ltd. LLC
DDR Asset Management LLC
DDR Norte LLC SE
DDR Stone Oak Holdings LLC
DDR Urban LP
DeBartolo Holdings LLC
Dechomai Asset Trust Number Two LLC
DeRito Talking Stick North LLC
Dimond Center Holdings LLC
DiMucci Cos.
DLC Management Corp.
DP Management LLC
Dream Big Partners LLC
Druker Co. Ltd, The
Edge Realty Group

Edwards Realty Group
Equity One (Sheridan Plaza) LLC
Erimar Realty LLC
Ethan Conrad
Euro Pro
Fairbourne Properties
Fameco
Federal Realty Investment Trust
Federal Realty OP LP
Federal REIT
Feil
Feldman Equities of Arizona
Festival Management Corp.
FFO RE Advisors
Fidelis Realty Partners Ltd.
First Washington Realty Inc.
Fishman Real Estate Group
Forbes Cohen
G&I IX Camp Creek Property LLC
Gallatin Mall Group LLC
Gateway Knollwood LLC
Gemini Rosemont
Gerrity Group LLC
GJ Group Properties Inc.
GK Development Inc.
Goodman Realty Group
GRE Management Services Inc.
Great Plains Development
Hall Road Crossing Owner LLC
Hanford Mall
Harlem Irving
Harsch Investment
Hauppauge Properties LLC
Hendon
Hines Global Income Trust Inc.
Horizon Property Group
Howard Hughes Corp., The
Hull Property Group LLC
IGP LLC
Inland Real Estate Group of Cos. Inc., The
International Growth Properties
InvenTrust Property Management LLC
Investec Real Estate Cos.
Irvine Co.
Irvine Co. LLC, The
Ivanhoe Cambridge

Jim Wilson & Associates LLC
Jimmy Jazz Inc.
JJ Gumberg Co.
Johnson Commercial Development
Jones Lang Lasalle Americas Inc.
Junction Boulevard Realty
Karruli LLC
Katz Properties Management LLC
Kemper Development Co.
KeyBank NA
Kimco
Kimco Realty Corp.
Kinsley Properties
Kite Realty
Kohan Retail Investment Group
Kohan/Summit Management
Kotarides
L3 Properties
Lake Success Shopping Center LLC
Lamar Cos.
Lance-Kashian & Co.
Legacy Cos., The
Lerner
Lewcon Retail LLC
Lexington Co.
Liberty Common 2018 LLC
Little Rock Outlets Realty Holding LLC
Lormax Stern Development Inc.
Luan Investments
M&J Wilkow Ltd.
Macerich
Madison Marquette Inc.
Maley Co., The
Mark T. Brennan & Associates
Marx Realty LLC
Mayaguez Mall
MC Strauss & Co.
McCOR Management
McKnight Properties
MCM Properties Ltd.
MDN Development Inc.
Merlone Geier Management LLC
Metro National Corp.
MGHerring Group Inc., The
Mid America Real Estate-Wisconsin LLC
Miromar

MLWD Inc.
MMI Realty
Moonbeam Capital Investments LLC
Morguard
Morrison Cos.
NADG (US) General Partner Inc.
Namdar Realty Group LLC
New England Development Inc.
New Market 1 LLC
NewQuest Properties Ltd.
Nicholas Investment Co.
NLCO
North Plains Mall Management LLC
NorthPark Partners LP
Northwest Target LLC
Northwood Investors LLC
Oakdale Property Partners LLC
Olshan Properties
Onni Group
Opus Group, The
Osborne Capital Group
OTB Destination
Out of the Box Ventures LLC
Oxford In Trust For Square One
Pace Properties Inc.
Pacific Bridgewater Management PR LLC
Pacific QKC Management PR LLC
Pacific Retail Capital Partners LLC
Palouse Mall LLC
Pappas Investments Inc.
Paramount Realty Services Inc.
Patchogue Realty
PCI Developments
Pine Tree Commercial Realty LLC
Pinnacle Leasing & Management LLC
Plaza Las Americas
Poag Shopping Centers LLC
Poplin Place LLC
Prairie Hills Mall LLC
PREIT
Prep Property Group Inc.
Primaris REIT
Prism Co.
Propst Properties
Providence Group
Pyramid Management Group Inc.

QC East LLC
QIC
QuadReal Property Group LP
Rainier Cos., The
RAM Property Development LLC
RBS Group
RED Development
Redico
Redlands Joint Venture LLC
Regency Centers LP
Regis
Related Retail Corp.
Related Urban
Rialto Capital Advisors LLC
RioCan
River West Management LLC
RL Miami LP
Robert B. Aikens & Associates LLC
Robert Lynn Management Co.
Robson Properties
RockStep Capital LLC
RREEF Alternative Investments
SA Development Co. LP
Saed Investments IV LLC
Salthill Capital Corp.
Santa Margarita Ventures LLC
SARM Five Points Plaza LLC
Satterfield-Helm Management Inc.
Schnitzer Properties Management
Schottenstein Property Group Inc.
Seligman & Associates Inc.
Seritage Growth Properties
Settlers R1 Inc.
SH UTE III LLC
Shea Properties
Shin Yen Retail Property Management LLC
ShopCore Properties LP
Silver Lake Center LLC
Simon
Site Centers
Sizeler Realty Co. Inc.
SL Nusbaum Realty Co.
Smugglers Capital Corp.
Sobert Realty Corp.
Southport 2013 LLC
SP Center LLC

Spectrum Realty
Spinoso Management Group
Spinoso Real Estate Group LLC
Stark Enterprises LLC
Starwood Capital Group
Steiner & Associates Inc.
Sterling Organization
Stiles
Stirling Properties Inc.
Stockbridge Ohio LLC
StreetMac
Tabani Group Inc.
Tanger Inc.
Tanger Properties LP
Taubman
Terminus Properties Co. LLC
TGA NAP
THF ONC Development LLC
Time Equities Inc.
TKG Management
Torrington Properties
Trademark Properties
Triovest Realty Advisors Inc.
Triple Five
Tucker Meridian, LLC
Turnberry Associates Inc.
United Properties Corp.
University Mall Management Inc.
Urban Edge Properties
Urban Retail Properties
USPG Portfolio Six LLC
Vestar Property Management Co.
Walmart Inc.
Washington Prime Glimcher
Wayne Towne Enterprises Ltd.
Weigand-Omega Management Inc.
West Acres Development
Westcliff
Westdale Properties
Westfield Corp.
Wilcox Savage
Wilder Cos. Ltd., The
Wilfid Brookhollow Associates
Williams Jackson Ewing
Wilmorite Management Group LLC
WMG Meadows LLC

Wolfson Group Inc.
Woodbury
Woodmont
Woodmont Co., The
WS Asset Management Inc.
WS Development
Wulfe Management
YAM Properties

## SCHEDULE 1(i)

### <u>Litigation</u>

Cuevas, Daniel
I Pee Holdings
Matthews, Amaya
Pfeffer, Rachel
Pout, Christian
Riviera, Esmeralda
Triventure
Voivod, Michael

# SCHEDULE 1(j)

## **Significant Equity Holders**

Accessory Holdings LP
Elliott Associates LP
Elliott Management Corp.
Ensemble Investment Holdings LLC
Goldman Sachs & Co. LLC
Monarch Alternative Capital LP
Redwood Capital Management
Vero, Ryan

# SCHEDULE 1(k)

### **Surety & Letters of Credit Issuers/Beneficiaries**

Citibank NA
Credit Suisse Group AG
Greenwich Insurance Co.
Indian Harbor Insurance Co.
Intact Financial Corp.
JPMorgan Chase Bank NA
One Beacon Insurance Co.
Praetorian Insurance Co.
QBE Insurance Corp.
Stonington Insurance Co.
Travelers Indemnity Co., The
XL Insurance America Inc.
XL Specialty Insurance Co.

# SCHEDULE 1(l)

## **Taxing Authority/Governmental/Regulatory Agencies**

Minnesota, State of
Texas, State of

# SCHEDULE 1(m)

### Vendors

11:11 Media LLC
1401 Greenbrier Parkway LLC
21245 26 Ave. LLC
863 Broadway LLC
Accellor Inc.
Accenture International BV
Accessory Innovations LLC
Acosta Sales & Marketing Ltd.
ADP Inc.
Afco Direct
Alamance Retail LLC
Alderwood Mall Holding LLC
Algonomy Software
Alvarez & Marsal Holdings LLC
Ama Design International Co. Ltd.
Ameream LLC
American Digital Corp.
American Door & Dock Inc.
Aon Risk Services
Arrowhead Towne Center LLC
Aspire Systems Inc.
Asset Management Technologies Ltd.
Attentive Mobile Inc.
Audit-Tel
Aurora World Inc.
Aventura Mall Venture
B. Brothers Broadway Realty LLC
Baker & Hostetler LLP
Basic Fun Inc.
Battlefield Mall
Baybrook Mall
BDO USA LLP
Bellwether Properties of South Carolina LP
Benmoore Construction Group, The
Berkeley Research Group LLC
Beverly Hills Teddy Bear Co.
BH Concept Inc.
Big Apple Corp.
Bioworld Merchandising Inc.
Blue Yonder Inc.
Blueprint Collections Ltd.
Bohannon Development Co.

Bonkers Toy Co. LLC
Bonnis Properties (Robson) Inc.
BPR Cumulus LLC
BPR-FF LLC
Brandon (Tampa) LP
BRE/Pearlridge LLC
Bridgewater Commons Mall II LLC
Brinton Security Services LLC
Broadstone Net Lease LLC
Brookfield Property Partners LP
Brooklyn Kings Plaza LLC
Burbank, City of (CA), Fire Department
Cadillac Fairview Corp., The
California, State of, Dmv, Account
    Processing Unit
Cameron Advertising Displays Ltd.
Canada, Government of, Border Service
    Agency
Canon Solutions America Inc.
Capitol Light
Carlson Store Fixtures
CBL & Associates LP
CBL-T-C LLC
CBRE Inc.
CDW LLC
Centric Beauty LLC
Challenger Gray & Christmas Inc.
Chicago Consumables Inc.
Christiana Acquisition LLC
Claire's Stores (401-K)
Clinical Health Technologies
Collegiate MDSE Group
Columbia Mall Partnership
Comdata Inc.
Compucom System Inc.
Cornerstone OnDemand Inc.
Corp Del FSE
Crawford, County of (PA), Tax Collector
Creme Shop, The
Crombie Reit
Crystal Run Galleria LLC
Cuddle Barn Inc.

Cuerdon, David O.
Culver City Mall LLC
Data Solutions LLC
DavroPM Ltd.
Delta Dental Association
Dennis, Ashley
DLA Piper LLP (US)
DMB Holdings LLC
Dope Slimes LLC
E&Q
Easton Town Center II LLC
Eurest Dining Services
Evershine Creations Inc.
Exegistics Inc.
Fashion Centre Mall LLC
Femspro Incorporado
Forbes Taubman Orlando LLC
Fordham, Amber
France Lab Inc.
Frontstreet Facility Solutions
Fu Wah Manufactory Ltd.
Gailliard, Alida
Gallagher Bassett Services Inc.
Gateway Center Phase II
General Growth Properties Inc.
GGP Homart II LLC
GGP LP
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGPLP LLC
GGPLP Real Estate Inc.
GGP-TRS LLC
GLO Document Solution Division
Global Response LLC
GMV (Mall) Owner LLC
Google Inc.
Grant Thornton LLP
Great-West Life Assurance Co., The
Haak, Lily
Harvest Forecast
HER Accessories Ltd.
Herbst, Dan
Heritage Candy Co. Inc.
High Intencity Corp.
Hip Sing Association, The
Hirewell Inc.

Horizon Group USA
Houston Galleria, The
HRE Fund IV LP
Hull Property Group LLC
HYM International Co. Ltd.
Hyperion LA
Idaho, State of, Tax Commission
Idea Group
Innovative Cosmetics
Insight Direct USA Inc.
Inspired Thinking
InteQ Corp.
Inverness
Irvine Co. LLC, The
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
J.M. Siber Ltd. Part
Jackson Lewis PC
Jacmel Jewelry Inc.
Jazwares LLC
Jennz LLC
Jiangxi Meican
JMCR Sherman LP
Jordan Creek Joint Venture LLC
JPMorgan Chase Bank NA
JPMorgan Chase Commercial Banking
Just Play (HK) Ltd.
KBR Shawnee Mall Capital LLC
Keter Environmental Service Inc.
Kojac Fashion Accessories Ltd.
Korn Ferry US
KP IV Navy LLC
La-Kontra Corp.
Lennox Industries Inc.
License 2 Play Toys LLC
Life Insurance Co. of North America
LS BC 2 LLC
Macerich Co., The
Macerich Partnership LP, The
Macerich Vintage Faire LP
MACWH LP
Madiba Inc.
Mall at Smith Haven LLC
Mary Fashion Accessories Ent. Co. Ltd.
Master Toys & Novelties Inc.
Matson Navigation Co.

Mayfair Hotel Supply Co.
McKinsey & Co. Inc.
Meadowood Mall SPE LLC
Metropolitan Life Insurance Co.
MGA Entertainment Inc.
Microsoft Corp.
Mike Albert Leasing Inc.
Mills At Jersey Gardens/JG, The
Minnesota, State of, Department of Revenue
Miracle International Group Ltd.
MJC International Group LLC
Moac Mall Holdings LLC
Mood Media
Moose Toys LLC
Morguard Investments Ltd.
Morguard Real Estate Investment Trust
Morning Charm Ltd.
Mouri Tech LLC
Movable Ink Inc.
Moveable Inc.
Nest International Inc.
Nowe Media
NP Digital
NPN360 Inc.
OLR America Inc.
One For Fun Ltd.
Ontario Mills Ltd.
Ontrea Inc.
Opry Mills Mall LP
Oracle America Inc.
Orland LP
Oshkosh, City of (WI)
Ovative Group LLC
Oxford In Trust For Square One
Pachulski Stang Ziehl & Jones LLP
Pacific Premier Retail LLC
Pantone LLC
Penn Square Mall LP
Penta Group LLC
Perron-Roettingers
Pheasant Lane Realty Trust
Phoenix Manufacturing Inc.
Pinterest Inc.
Pipsticks Inc.
Plaza Las Americas Inc.
Popsockets

Powerone Electrical Contracting Inc.
Preit Associates LP
Premium Outlets Partners LP
Premium Retail Services LLC
Pretty Woman LLC
Primaris Management Inc.
Prosek Partners Ltd.
Proudfoot, Leroy
Qingdao Classic Co. Ltd.
Qingdao Collect Jewelry Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Renfeng Jewellery Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao Shinsung Arts & Crafts Co. Ltd.
Qingdao Wish Tree Crafts Co. Ltd.
Qingdao YM Jewelries Co. Ltd.
QRPG LP
Queens Center SPE LLC
RCS Real Estate Advisors
Reams Enterprises Inc.
Reed, Melissa
Retail Property Trust, The
Riderwood USA
Right Choice Exports
Rithum LLC
Roseville Shoppingtown LLC
Rouse Properties LP
RR Donnelley & Sons Co.
RSI International Ltd.
Safetech Enterprises Corp.
Salesforce.com Inc.
Scarborough Town Centre
SDG Dadeland Association Inc.
Sebang Chain Co. Ltd.
Sebastian, County of (AR), Tax Collector
Securitas Technology
Servicechannel.com Inc.
SG Summit LLC
Shadow Public Relations Inc.
Shalom International
Shasta Realty LLC
Shoppertrak RCT LLC
Shopping Center Associates
Simon Property Group (TX) LP
Simon Property Group LP
Simpson Thacher & Bartlett LLP

Skinnydip Ltd.
Somerset Collection LP
SOS Maintenance Inc.
Southland Holding I LLC
Southpark Mall Realty
Specialty Store Services
Spencer Stuart Inc.
Spin Master Far East
Squire Patton Boggs (US) LLP
Sreg White Marsh Mall LLC
St Judes Children's Research Hospital
St. John's Town Center LLC
Staples Inc.
Stein Saks pllc
Stickerbeans
Stonebriar Mall LLC
Studex Corp.
Sun Life Financial Inc.
Sunrise Mills MLP LP
Super League Enterprise Inc.
Superstar
Tacoma Mall Partnership
Tair Jiuh Enterprise Co. Ltd.
Tanger Properties LP
Tanger Properties Ltd.
Tangoe Inc.
Tangoe Inc. 742
TB Mall at UTC LLC
Terrell Outlets LLC
Tierney Gearon Photography
Tomoka25 Ashley Park LLC
Tongyi Accessories Co. Ltd.
Transier, K. Melissa
Transier, William L.
TranzAct Technologies
TranzAct Technologies Inc.
Triangle Sign & Service
Truesource LLC
Trumbull Shopping Center #2LLC
Tysons Corner Holdings LLC
UCC Distribution Inc.
UHC Construction Services Inc.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
US Bank Corporate Payment
US Centennial Malls Joint Venture LLC

USPA Accessories LLC
Valley Mall LLC
VF Mall LLC
Viff Ltd.
Viking Rideau Corp.
Walmart Inc.
Wal-Mart Stores East LP
Warehouse Direct Inc.
Watershed Technology Inc.
WEA Southcenter LLC
WebFab LLC
West Edmonton Mall Property Inc.
West Farms Mall LLC
West Town Mall LLC
Westcor Realty Ltd.
Westfield, City of (IN), Police Department
Westland Garden State Plaza LP
Willowbrook Mall Holding
Wilmington, City of (IL)
WIS International
Woodfield Mall LLC
Woodland Hills Mall LLC
Workday Inc.
Workjam Inc.
XL Specialty Insurance Co.
Zambrano, Evelymar
Zuru LLC

## SCHEDULE 1(n)

### **Bankruptcy Judges**

Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

# SCHEDULE 1(o)

## Office of the United States Trustee

Attix, Lauren
Bates, Malcom M.
Casey, Linda
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J., Jr.
Girello, Michael
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Richenderfer, Linda
Schepacarter, Richard
Serrano, Edith A.
Thomas, Elizabeth
Varga, Andrew
Wynn, Dion

# SCHEDULE 1(p)

### 363 Sale Parties

Ames Watson Capital LLC
Hilco (HMR)
[CONFIDENTIAL]

# SCHEDULE 1(q)

## Top 30 Creditors

Accellor Inc.
Accessory Innovations LLC
Algonomy Software
Aurora World Inc.
Benmoore Construction Group, The
BPR-FF LLC
Brookfield Property Partners LP
CBRE Inc.
Centric Beauty LLC
Creme Shop, The
Exegistics Inc.
France Lab Inc.
Frontstreet Facility Solutions
Google Inc.
Grant Thornton LLP
Heritage Candy Co. Inc.
Idea Group International (Hong Kong)
Inspired Thinking
Kojac Fashion Accessories Ltd.
Lennox Industries Inc.
Macerich Co., The
Mastercard International Inc.
Microsoft Corp.
MJC International Group LLC
Optiv Security Inc.
Ovative Group LLC
Premium Outlet Partners LP
Premium Retail Services LLC
Retail Property Trust, The
Simon Property Group LP
Studex Corp.
Tanger Properties Ltd.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
Waitwhile Inc.
Walmart Inc.
Workday Inc.

# SCHEDULE 1(r)

### UCC Members

Accellor Inc.
Brookfield Properties Retail Inc.
Inspired Thinking
Studex Corp.
Tanger Management LLC
Yumark Enterprises Corp.

# SCHEDULE 1(s)

## <u>UCC Professionals</u>

Cole Schotz PC
McDermott Will & Schulte LLP
Province LL