## **EXHIBIT A**

### **5Rivers CRE, LLC**

| Store No. | Mall / Property Name | Location | Landlord |
|---|---|---|---|
| 5060 | Shoppes at EastChase | Montgomery, AL | Montgomery Eastchase, LLC |

### **Brixmor Property Group**

| Store No. | Landlord | Mall / Property Name | Location |
|---|---|---|---|
| 723 | Cross Keys Commons | Turnersville, NJ | Brixmor Cross Keys Commons, LLC |
| 6580 | Franklin Square | Gastonia, NC | BRE Retail Residual NC Owner L.P |
| 5554 | LaCenterra at Cinco Ranch | Katy, TX | LaCenterra at Cinco Ranch LLC |
| 6446 | London Marketplace | London, KY | Brixmor GA London Marketplace, LLC |
| 5911 | Paradise Pavilion | West Bend, WI | Brixmor Paradise Pavilion, LLC |
| 6730 | Roosevelt Mall | Philadelphia, PA | Brixmor Roosevelt Mall Owner, LLC |
| 6600 | Suffolk Plaza | East Setauket, NY | Brixmor SPE 2 LLC |

**Brookfield Properties Retail, Inc.**

| Store No. | Landlord | Mall / Property Name | Location |
|---|---|---|---|
| 5034 | Ala Moana Center | Honolulu, HI | GGP ALA MOANA LLC |
| 6148 | Alderwood Mall | Lynnwood, WA | Alderwood Mall LLC |
| 3300 | Altamonte Mall | Altamonte Springs, FL | Altamonte Mall, LLC |
| 6016 | Apache Mall | Rochester, MN | Apache Mall, LLC |
| 6140 | Augusta Mall | Augusta, GA | Augusta Mall, LLC |
| 6166 | Baybrook Mall | Houston, TX | Baybrook Mall, LLC |
| 8002 | Baybrook Mall | Houston, TX | Houston, TX |
| 5624 | Bayshore Mall | Eureka, CA | Bay Shore Mall, LP |
| 6205 | Beachwood Place | Beachwood, OH | Beachwood Place Mall LLC |
| 5729 | Boise Towne Square | Boise, ID | Boise Towne Square |
| 5943 | Carolina Place | Pineville, NC | Carolina Place, LLC |
| 5627 | Chesterfield Towne Center | Richmond, VA | RPI Chesterfield LLC |
| 3148 | Christiana Mall | Newark, DE | Christiana Mall, LLC |
| 8145 | Christiana Mall | Newark, DE | Christiana Mall, LLC |

| | | | |
|---|---|---|---|
| 6808 | Clackamas Town Center | Portland, OR | Clackamas Mall LLC |
| 8009 | Clackamas Town Center | Happy Valley, OR | Clackamas Mall LLC |
| 6561 | Coastland Center | Naples, FL | Coastland Center, LLC |
| 6473 | Columbia Mall (MO) | Columbia, MO | Columbia Mall, LLC |
| 5827 | Columbiana Centre | Columbia, SC | Columbiana Centre, LLC |
| 6625 | Coral Ridge Mall | Coralville, IA | Coral Ridge Mall, LLC |
| 5804 | Coronado Center | Alburquerque, NM | Coronado Center, LLC |
| 8007 | Coronado Center | Alburquerque, NM | Coronado Center, LLC |
| 6192 | Cumberland Mall | Atlanta, GA | Cumberland Mall, LLC |
| 5402 | Deerbrook Mall | Humble, TX | Deerbrook Mall, LLC |
| 5788 | Fashion Place | Murray, Utah | Murray, Utah |
| 3622 | Fashion Place | Murray, Utah | Murray, Utah |
| 720 | Fashion Show | Las Vegas, NV | Fashion Show Mall, LLC |
| 6450 | First Colony Mall | Sugarland, TX | First Colony Mall, LLC |
| 5643 | Four Seasons Town Centre | Greensboro, NC | GGP-Four Seasons LP |

| | | | |
|---|---|---|---|
| 5377 | Fox River Mall | Appleton, WI | Fox River Shopping Center LLC |
| 8003 | Fox River Mall | Appleton, WI | Fox River Shopping Center LLC |
| 6029 | Galleria at Tyler | Riverside, CA | Tyler Mall Limited Partnership |
| 8042 | Galleria at Tyler | Riverside, CA | Tyler Mall Limited Partnership |
| 3283 | Glendale Galleria | Glendale, CA | Glendale I Mall Associates, LP |
| 6035 | Governors Square | Tallahassee, FL | Governor's Square Mall, LLC |
| 5452 | Grand Teton Mall | Idaho Falls, ID | Grand Teton Mall, LLC |
| 5986 | Grand Traverse Mall | Traverse City, MI | Grand Traverse Mall, LLC |
| 6447 | Greenville Mall | Greenville, NC | RPI Greenville Mall, LP |
| 6013 | Hulen Mall | Forth Worth, TX | Hulen Mall LLC |
| 6601 | Jordan Creek Town Center | West Des Moines, IA | Jordan Creek Town Center, LLC |
| 8006 | Jordan Creek Town Center | West Des Moines, IA | Jordan Creek Town Center, LLC |
| 5693 | Kenwood Towne Centre | Cincinnati, OH | Kenwood Mall, LLC |
| 6103 | Lynnhaven Mall | Virginia Beach, VA | Lynnhaven Mall, LLC |
| 6103 | Lynnhaven Mall | Virginia Beach, VA | Lynnhaven Mall, LLC |

| | | | |
|---|---|---|---|
| 6476 | Mall of Louisiana | Baton Rouge, LA | Mall of Louisiana, LLC |
| 3415 | Mall of Louisiana | Baton Rouge, LA | Mall of Louisiana, LLC |
| 5991 | Mall St Matthews | Louisville, KY | MSM Property LLC |
| 5237 | Market Place Shopping Center | Champaign, IL | Champaign Market Place, LLC |
| 8234 | Market Place Shopping Center | Champaign, IL | Champaign Market Place, LLC |
| 5901 | Mayfair | Wauwatosa, WI | Mayfair Mall, LLC |
| 3433 | Meadows Mall | Las Vegas, NV | GGP Meadows Mall, LLC |
| 6135 | Natick Mall | Natick, MA | Natick Mall, LLC |
| 5586 | NewPark | Newark, CA | |
| 6058 | North Star Mall | San Antonio, TX | North Star Mall, LLC |
| 5198 | Northbrook Court | Northbrook, Illinois | |
| 6299 | Northridge Fashion Center | Northridge, CA | GGP Northridge Fashion Center, LP |
| 3251 | Oakbrook Center | Oak Brook, IL | Oakbrook Shopping Center, LLC |
| 6985 | Oakwood Center (LA) | Gretna, LA | Oakwood Shopping Center, LLC |
| 5552 | Oakwood Mall (WI) | Eau Claire, WI | Oakwood Hills Mall LLC |
| 5771 | Oglethorpe Mall | Savannah, GA | Oglethorpe Mall, LLC |

| | | | |
|---|---|---|---|
| 5793 | Otay Ranch Town Center | Chula Vista, CA | GGP-Otay Ranch, LP |
| 6350 | Paramus Park | Paramus, NJ | Paramus Park Shopping Center Limited Partnership |
| 5133 | Park City Center | Lancaster, PA | Park City Business Trust |
| 6728 | Park Meadows | Lone Tree, CO | Park Meadows Mall, LLC |
| 6728 | Park Meadows | Lone Tree, CO | Park Meadows Mall, LLC |
| 5674 | Peachtree Mall | Columbus, GA | Peachtree Mall, LLC |
| 5476 | Pembroke Lakes Mall | Pembroke Pines, FL | Pembroke Lakes Mall, LLC |
| 5063 | Perimeter Mall | Dunwoody, GA | Perimeter Mall, LLC |
| 6002 | Pinnacle Hills Promenade | Rogers, Arkansas | Pinnacle Hills Promenade, DEC |
| 6465 | Prince Kuhio Plaza | Hilo, HI | Prince Kuhio Plaza, ZAC |
| 8205 | Prince Kuhio Plaza | Hilo, HI | Prince Kuhio Plaza, ZAC |
| 6670 | Promenade Temecula | Temecula, CA | Promenade Temecula, LAC |
| 5619 | Quail Springs Mall | Oklahoma City, OK | Quail Springs Mall, LLC |
| 6036 | Ridgedale Center | Minnetonka, MN | Ridgedale Center, ERC |
| 5466 | Riverchase Galleria | Hoover, AL | HOOVER MALL LIMITED LLC, HOOVER MALL HOLDING LLC, |

|  |  |  | HOOVER JV HOLDCO LLC |
|---|---|---|---|
| 5577 | Saint Louis Galleria | St Louis, MO | Saint Louis Galleria, IAC |
| 5085 | Short Pump Town Center | Richmond, VA | Short Pump Town Center, ERC |
| 5193 | Sooner Mall | Norman, OK | Sooner Mall, LLC |
| 3317 | Southland Mall (CA) | Hayward, CA | Southland Mall (CA), A)C |
| 5350 | Southwest Plaza | Littleton, CO | Southwest Plaza, ZAC |
| 6593 | Spokane Valley Mall | Spokane Valley, WA | Spokane Valley Mall, LLC |
| 6003 | Staten Island Mall Phase I | Staten Island, NY | Staten Island Mall Phase I, IC |
| 6831 | Stonebriar Centre | Frisco, TX | Stonebriar Centre, REC |
| 8780 | Stonebriar Centre | Frisco, TX | Stonebriar Centre, REC |
| 6138 | The Maine Mall | South Portland, ME | The Maine Mall, LLC |
| 8328 | The Maine Mall | South Portland, ME | The Maine Mall, LLC |
| 323 | The Mall at Barnes Crossing | Tupelo, MD | The Mall at Barnes Crossing, NGC |
| 3223 | The Mall in Columbia (MD) | Columbia, MD | The Mall in Columbia (MD) |
| 3625 | The Mall in Columbia (MD) | Columbia, MD | The Mall in Columbia (MD), |
| 5653 | The Oaks Mall | Gainesville, FL | The Oaks Mall, LLC |

| | | | |
|---|---|---|---|
| 5649 | The Parks Mall at Arlington | Arlington, TX | The Parks Mall at Arlington, ONC |
| 3310 | The Parks Mall at Arlington | Arlington, TX | The Parks Mall at Arlington, ONC |
| 6260 | The Shoppes at River Crossing | Macon, GA | The Shoppes at River Crossing, NGC |
| 5456 | The Shops at La Cantera | San Antonio, TX | The Shops at La Cantera, RAC |
| 5045 | The Streets at Southpoint | Durham, NC | The Streets at Southpoint, NTC |
| 6157 | The Woodlands Mall | Woodlands, TX | The Woodlands Mall, LLC |
| 5776 | Town East Mall | Mesquite, TX | Town East Mall, LLC |
| 5975 | Towson Town Center | Townson, MD | Towson Town Center, ERC |
| 5418 | Tucson Mall | Tuscon, AZ | Tucson Mall, LLC |
| 5728 | Valley Plaza | Bakersfield, CA | Valley Plaza, ZAC |
| 8100 | Valley Plaza | Bakersfield, CA | Valley Plaza, ZAC |
| 5946 | Victoria Gardens | Rancho Cucamonga, CA | Victoria Gardens, NSC |
| 5882 | Visalia Mall | Visalia, CA | Visalia Mall, LLC |
| 5062 | Westlake Center | Seattle, WA | Westlake Center, ERC |
| 5124 | Westroads Mall | Omaha, NE | Westroads Mall, LLC |
| 3470 | Westroads Mall | Omaha, NE | Westroads Mall, LLC |

| 3485 | Willowbrook (NJ) | Wayne, NJ | Willowbrook Mall; LLC |
| 8004 | Willowbrook (NJ) | Wayne, NJ | Willowbrook Mall; LLC |
| 6339 | Willowbrook Mall (TX) | Houston, TX | Willowbrook Mall (TX), LLC |

**Hines Global REIT**

| Store No. | Landlord | Mall / Property Name | Location |
| --- | --- | --- | --- |
| 6860 | Rookwood Plaza | Norwood, OH | HGREIT II Edmondson Road LLC |
| 5432 | Briargate | Colorado Springs | HGIT Briargate LLC |

**Jones Lang LaSalle**

| Store No. | Landlord | Mall / Property Name | Location |
| --- | --- | --- | --- |
| 6298 | Rosedale Center | Roseville, MN | PPF RTL Rosedale Shopping Center, LLC |
| 6632 | Southland Center | Taylor, MI | Southland Center, LLC |

**Kite Realty Group**

| Store No. | Landlord | Mall / Property Name | Location |
| --- | --- | --- | --- |
| 5941 | Centennial Center | Las Vegas, NV | KRG Las Vegas Centennial Center, LLC |

| 722 | Woodinville Plaza Shopping Center | Woodinville, WA | KRG Woodinville Plaza, LLC |

**Regency Centers, L.P.**

| Store No. | Landlord | Mall / Property Name | Location |
| --- | --- | --- | --- |
| 6154 | Serramonte Center | Daly City, CA | Daly City Serramonte Center, LLC |
| 734 | Sheridan Plaza | Hollywood, FL | Equity One (Sheridan Plaza) LLC |

**SITE Centers Corp.**

| Store No. | Landlord | Mall / Property Name | Location |
| --- | --- | --- | --- |
| 706 | Brookside Marketplace Lot 17 | Tinley Park, IL | DT Brookside LLC |
| 6890 | Deer Park Town Centers (I) | Deer Park, IL | DDR Deer Park Town Center LLC |
| 6562 | The Pike Outlets | Long Beach, CA | DDR Urban LP |

**Turnberry Associates**

| Store No. | Landlord | Mall / Property Name | Location |
| --- | --- | --- | --- |
| 5950 | Aventura Mall (19575 Biscayne Blvd) | Aventura, FL | Aventura Mall Venture |
| 5595 | Destin Commons | Destin, FL | Destin Commons, LTD. |