IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CLAIRE'S HOLDINGS, LLC, | § | Case No. 25-11454 (BLS) |
| *et al.*,[1] | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF ECF #322
JOINT LIMITED OBJECTION OF THE TEXAS TAXING AUTHORITIES TO THE
MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING AND
APPROVING THE SALE OF GOING-CONCERN ASSETS FREE AND CLEAR OF
ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS AND
<u>(II) GRANTING RELATED RELIEF</u>**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COME NOW the Texas Taxing Authorities[2] and withdraw their *Joint Limited Objection*

*to Motion of Debtors for Entry of An Order (I) Authorizing and Approving the Sale of Going-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Texas Taxing Authorities is defined as all ad valorem taxing jurisdictions represented by the firms of Linebarger Goggan Blair and Sampson, LLP, Perdue Brandon Fielder Collins and Mott LLP, and McCreary, Veselka, Bragg & Allen, P.C., including but not limited to City of Allen, Allen Independent School District, Bexar County, Cameron County, Cypress-Fairbanks Independent School District, Dallas County, City of Eagle Pass, Eagle Pass Independent School District, Ector CAD, City of El Paso, Ellis County, Fort Bend County, City of Frisco, Galveston County, Grayson County, Gregg County, Harris-Fort Bend County Emergency Service District #100, Harris County Emergency Service District #09, Hidalgo County, City of Houston (for accounts represented by Linebarger), Houston Community College System, Houston Independent School District, City of Humble, Irving Independent School District, Jefferson County, Lamar CAD, Lewisville Independent School District, Lone Star College System, City of McAllen, McLennan County, Montgomery County, Northwest Independent School District, Nueces County, Orange County, Parker CAD, City of Pasadena, City of Prosper, Prosper Independent School District, City of Roanoke, Rockwall CAD, San Marcos CISD, Smith County, Tarrant County, Tom Green CAD, Victoria County, Alief Independent School District, Brazoria County, et al., Brownsville Independent School District, Burleson Independent School District, City of Burleson, City of Garland, City of Grapevine, City of Highland Village, City of Houston, City of Katy, City of Mercedes, City of Mineral Wells, City of Rosenberg, Clear Creek Independent School District, Eagle Mountain-Saginaw Independent School District, Fort Bend County Levee Improvement District #2, Fort Bend Independent School District, Frisco Independent School District, Garland Independent School District, Grapevine-Colleyville Independent School District, Harris County Municipal Utility District #120, Harris County Municipal Utility District #358, Harris County Water Control and Improvement District #155, Humble Independent School District, Katy Management District #1, Kerrville Independent School District, Lubbock Central Appraisal District, Magnolia Independent School District, Maverick County, Mercedes Independent School District, Midland County, Mineral Wells Independent School District, Palo Pinto County, Pasadena Independent School District, Plano Independent School District, San Jacinto Community College District, Spring Branch Independent School District, The Woodlands Metro Center MUD, The Woodlands Road Utility District #1, Thunderbird Utility District, Tyler Independent School District, Willow Fork

1

*Concern Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (V) Granting Related Relief* filed September 3, 2025 at ECF #322.

Dated: September 5, 2025

        Respectfully submitted,
        Attorneys for The Texas Taxing Authorities

        PERDUE, BRANDON, FIELDER,
        COLLINS & MOTT, L.L.P.

        <u>*s/ Melissa E. Valdez*</u>
        **Melissa E. Valdez**
        Texas Bar No. 24051463
        1235 North Loop West, Suite 600
        Houston, Texas 77008
        (713) 862-1860 *Telephone*
        (713) 862-1429 *Facsimile*
        mvaldez@pbfcm.com

        LINEBARGER GOGGAN BLAIR &
        SAMPSON, LLP

        <u>*/s/ Tara L. Grundemeier*</u>
        **Tara L. Grundemeier**
        Texas State Bar No. 24036691
        Post Office Box 3064
        Houston, Texas 77253-3064
        (713) 844-3478 *Telephone*
        (713) 844-3503 *Facsimile*
        tara.grundemeier@lgbs.com

---

Drainage District, Bell County TAD, Brazos County, Bowie CAD, City of Westworth Village, Denton County, Guadalupe County collecting for City of Selma,  Hays County, Midland CAD, Pine Tree ISD, Taylor County CAD, City of Waco and Waco ISD, and Williamson County.

McCREARY VESELKA
BRAGG & ALLEN, P.C.

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas State Bar No. 00790358
P.O. Box 1269
Round Rock, TX 78680-1269
(512) 323-3200 *Telephone*
(512) 323-3205 *Facsimile*
jparsons@mvbalaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically through the Court's electronic case filing system on this 5th day of September 2025.

*/s/ Julie Anne Parsons*
**Julie Anne Parsons**