## Schedule I

**Potential Assumption List**

| Landlord Counterparty | Lease Description | Property Address | Debtor Party | Proposed Cure Amount (Local Currency) |
|---|---|---|---|---|
| AAT DEL MONTE, LLC | STORE LEASE NUMBER 5623 LOCATED AT DEL MONTE CENTER | 1460 DEL MONTE CENTER SUITE #C-100, MONTEREY, CALIFORNIA 93940 | CLAIRE'S BOUTIQUES, INC. | $25,188.69 |
| ARDEN FAIR ASSOCIATES; L.P. | STORE LEASE NUMBER 8110 LOCATED AT ARDEN FAIR | 1689 ARDEN WAY SUITE #1032, SACRAMENTO, CALIFORNIA 95815 | CLAIRE'S BOUTIQUES, INC. | $0.00 |
| FASHION SQUARE MALL REALTY HOLDING LLC | STORE LEASE NUMBER 6087 LOCATED AT FASHION SQUARE MALL | 4853 FASHION SQUARE MALL SUITE #D414, SAGINAW, MICHIGAN 48604 | CLAIRE'S BOUTIQUES, INC. | $844.12 |
| FOOTHILLS MALL OWNER EQUITIES, LLC | STORE LEASE NUMBER 5544 LOCATED AT FOOTHILLS MALL | 129 FOOTHILLS MALL SUITE# 44C, MARYVILLE, TENNESSEE 37801 | CLAIRE'S BOUTIQUES, INC. | $5,815.90 |
| GALLERIA AT TYLER | STORE LEASE NUMBER 8042 LOCATED AT GALLERIA AT TYLER | 2166 GALLERIA AT TYLER SUITE #F219, RIVERSIDE, CALIFORNIA 92503 | CLAIRE'S BOUTIQUES, INC. | $4,119.08 |
| HAWTHORN, L.P. | STORE LEASE NUMBER 5614 LOCATED AT HAWTHORN MALL | 526 HAWTHORN CENTER SUITE #523, VERNON HILLS, ILLINOIS 60061 | CLAIRE'S BOUTIQUES, INC. | $13,907.32 |
| KENNEDY MALL | STORE LEASE NUMBER 5746 LOCATED AT KENNEDY MALL | 555 JOHN F KENNEDY RD SUITE #262, DUBUQUE, IOWA 52002 | CLAIRE'S BOUTIQUES, INC. | $19,061.67 |
| MALL AT COTTONWOOD, LLC | STORE LEASE NUMBER 3318 LOCATED AT COTTONWOOD MALL | 10000 COORS BY PASS SUITE #0G220, ALBUQUERQUE, NEW MEXICO 87114 | CLAIRE'S BOUTIQUES, INC. | $8,237.17 |
| MALL AT GREAT LAKES, LLC | STORE LEASE NUMBER 8496 LOCATED AT GREAT LAKES MALL | 7850 MENTOR AVENUE SUITE #820, MENTOR, OHIO 44060 | CLAIRE'S BOUTIQUES, INC. | $8,113.82 |
| MSCI 2005 IQ9 CENTRAL MALL PORT ARTHUR | STORE LEASE NUMBER 6225 LOCATED AT CENTRAL MALL | 3100 HIGHWAY 365 SUITE #59, PORT ARTHUR, TEXAS 77642 | CLAIRE'S BOUTIQUES, INC. | $0.00 |
| NEWPARK MALL, LP | STORE LEASE NUMBER 5586 LOCATED AT NEWPARK MALL | 1211 NEWPARK MALL SUITE #2046, NEWARK, CALIFORNIA 94560 | CLAIRE'S BOUTIQUES, INC. | $0.00 |
| NORTHTOWN MALL TERRITORIES LLC | STORE LEASE NUMBER 6684 LOCATED AT NORTHTOWN MALL | 614 NORTHTOWN DRIVE SUITE #H14, BLAINE, MINNESOTA 55434 | CLAIRE'S BOUTIQUES, INC. | $3,355.28 |
| OAKVIEW OMAHA MALL REALTY HOLDING, LLC | STORE LEASE NUMBER 5970 LOCATED AT OAK VIEW MALL | 3001 S. 144TH STREET SUITE #H3, OMAHA, NEBRASKA 68144 | CLAIRE'S BOUTIQUES, INC. | $17,829.76 |
| PALMS CROSSING TOWN CENTER LLC | STORE LEASE NUMBER 6263 LOCATED AT PALMS CROSSING | 3300 EXPRESSWAY 83 SUITE #D15, MC ALLEN, TEXAS 78501 | CLAIRE'S BOUTIQUES, INC. | $5,562.54 |
| PRINCE KUHIO PLAZA, LLC | STORE LEASE NUMBER 8205 LOCATED AT PRINCE KUHIO PLAZA | 111 E PUAINAKO ST SUITE #760, HILO, HAWAII 96720 | CLAIRE'S BOUTIQUES, INC. | $12,653.97 |
| RPI CARLSBAD, L.P. | STORE LEASE NUMBER 8075 LOCATED AT THE SHOPPES AT CARLSBAD | 2525 EL CAMINO REAL SUITE #234A, CARLSBAD, CALIFORNIA 92008 | CLAIRE'S BOUTIQUES, INC. | $8,693.63 |
| TB MALL AT UTC LLC | STORE LEASE NUMBER 3747 LOCATED AT UNIVERSITY TOWN CENTER | 140 UNIVERSITY TOWN CENTER DRIVE SUITE #192, SARASOTA, FLORIDA 34243 | CLAIRE'S BOUTIQUES, INC. | $17,512.24 |
| TRUMBALL MALL REALTY LLC | STORE LEASE NUMBER 5615 LOCATED AT TRUMBULL MALL | 5065 MAIN STREET SUITE #1125, TRUMBULL, CONNECTICUT 06611 | CLAIRE'S BOUTIQUES, INC. | $18,960.60 |
| VALLEY FAIR HOLDINGS LLC | STORE LEASE NUMBER 6042 LOCATED AT VALLEY FAIR MALL | 3601 S. 2700 WEST SUITE #B134, WEST VALLEY CITY, UTAH 84119 | CLAIRE'S BOUTIQUES, INC. | $14,268.44 |
| VALLEY PLAZA MALL, LP | STORE LEASE NUMBER 8100 LOCATED AT VALLEY PLAZA MALL | 2701 MING AVE SUITE #196, BAKERSFIELD, CALIFORNIA 93304 | CLAIRE'S BOUTIQUES, INC. | $5,011.61 |
| WESTLAKE CENTER LLC | STORE LEASE NUMBER 5062 LOCATED AT WESTLAKE CENTER | 400 PINE STREET SUITE #3060, SEATTLE, WASHINGTON 98101 | CLAIRE'S BOUTIQUES, INC. | $2,912.55 |
| WESTLAND MALL REALTY HOLDING LLC | STORE LEASE NUMBER 5419 LOCATED AT WESTLAND MALL | 550 SOUTH GEAR AVENUE SUITE #3050, W BURLINGTON, IOWA 52655 | CLAIRE'S BOUTIQUES, INC. | $1,852.97 |
| WP BTC LLC | STORE LEASE NUMBER 6883 LOCATED AT BOWIE TOWN CENTER | 15435 EMERALD WAY SUITE #D-11, BOWIE, MARYLAND 20716 | CLAIRE'S BOUTIQUES, INC. | $8,531.28 |
| YTC MALL OWNER LLC | STORE LEASE NUMBER 5129 LOCATED AT YORKTOWN CENTER | 148 YORKTOWN SHOPPING CENTER SUITE #148, LOMBARD, ILLINOIS 60148 | CLAIRE'S BOUTIQUES, INC. | $64,084.41 |